21-CV-06397 DGL

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED
MAY 21 2021

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**.  See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.      Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status,* ***each*** *plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Arthur Matthews

-vs-

**B.      Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.*  Add a separate sheet, if necessary.

1.  Landsmans Inc.                4. _____

2.  Esperanza Falgado             5. _____

3.  _____       6. _____

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A.  Basis of Jurisdiction in Federal Court:  I live in Federaly Funded building

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B.  Reason for Venue in the Western District:  I reside in Western Dis.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C.  Nature of Suit:  Slander, Cevil rights, Housing

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: _ARThur   MATtheus_

Present Address: _3 60  St  paul  St   # 1 002_

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION  NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: _LAnds mAns_

Official Position of Defendant (if relevant): _Rental office   +   owner_

Address of Defendant: _3  circle Dr   pittsford  N-y_

Name of Second Defendant: _Esperezepal Faljaldo_

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: _ST. Simmions Tem._

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes ☒   No ☐

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:
Plaintiff(s): _Esperezapla Falyaloo  +_
_ST. Simmioos_

2

 **Division of Human Rights**

ANDREW M. CUOMO
Governor

HELEN DIANE FOSTER
Commissioner

June 12, 2018

Re:    Arthur A. Matthews v. Landsman Real Estate Services, Inc., Paul Doe
Case No.    10193229

To the Parties Listed Below:

PLEASE BE ADVISED that the above-listed complaint has been amended.  A copy of the amendment is enclosed herewith.

Very truly yours,

Elizabeth A. Ortiz-Feliciano
Director

TO:
Complainant
Arthur A. Matthews
360 St. Paul Street, Apartment 1002
Rochester, NY 14605

Respondent
Landsman Real Estate Services, Inc.
Attn: Legal Department
3 Townline Circle
Rochester, NY 14623

Respondent
Paul Rosa
Landsman Real Estate Services, Inc.
Attn: Maintenance
St. Simon's Terrace
360 St. Paul Street
Rochester, NY 14605

Respondent Attorney
Scott Rogoff
2000 HSBC Plaza, 100 Chestnut Street
Rochester, NY 14604-2404



**Division of
Human Rights**

**ANDREW M. CUOMO**
Governor

**HELEN DIANE FOSTER**
Commissioner

January 11, 2019

Arthur A. Matthews
360 St. Paul Street, Apartment 1002
Rochester, NY 14605

> Re:    Arthur A. Matthews v. Center for Disability Rights, Inc.
>          Case No. 10198200

Dear Arthur A. Matthews:

I am the investigator assigned to the above referenced case and I am requesting that you respond to the following questions and return your response to my attention at the address below by **February 5, 2019:**

1.   The Center for Disability Rights states that Ms. Brown has not worked for the CDR since 2017.  Do you agree or disagree with that?
2.   When was the last time that you complained to Mr. DeJesus about Ms. Brown?
3.   What did you tell Mr. DeJesus when you complained to him?
4.   If you complained about Ms. Brown in writing to Mr. DeJesus, please provide copies of your complaints.

Please be advised that if I do not hear from you by February 5, 2019, I will assume that you have nothing further to add and the case file will be submitted to the Regional Director for determination.

Very truly yours,

Jami Kaplan
Human Rights Specialist II

did the following to me (*briefly state what each defendant named above did*): ___ LANdsmAns
ownes the Bld, Heres these
people tell them who i
am By picture or vidio.
I stay in most of the time these
are new teanets that i
have never seen before,

The federal basis for this claim is: ___ Federaly Funded bldg

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*
Well sence this has been going
for nine years ar more not stop.

**B. SECOND CLAIM:** On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

_____

did the following to me (*briefly state what each defendant named above did*): _____
Landsmans Hered these people Jen
mangers came try to kict me out
at all cost, Harring me.
theats, people following me that
live in Camplex and same from N.Y.C.
New york City.

The federal basis for this claim is: ___ I live in Federaly Funded bldg

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*
I like to be left alane until i deisid to
Move. I WANT no one In my Apartament with out
Notice Two Day in writting. STOP HArring Phone
STOP Holding My Prescpition In off for DAY week
some time

If you have additional claims, use the above format to set them out on additional sheets of paper.

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

twenty Mellean Dallars

$20, 000, 000, 000, 00

Do you want a **jury trial**? Yes ☑ No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____
                           (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

Defendant(s):_____

_____

2.  Court (if federal court, name the district; if state court, name the county): _Monroe_

_Western District_

3.  Docket or Index Number: _21-CV-6376_

4.  Name of Judge to whom case was assigned: _David - G · Landmar_

5.  The approximate date the action was filed: _5-1-21_

6.  What was the disposition of the case?

     Is it still pending? Yes ☒ No ☐

          If not, give the approximate date it was resolved._____

     Disposition (check those statements which apply):

     ☐ Dismissed (check the statement which indicates why it was dismissed):

          ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

          ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

          ☐ By court due to your voluntary withdrawal of claim;

     ☐ Judgment upon motion or after trial entered for .

          ☐ plaintiff
          ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon. ⌐

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) _5 - 1 - 21_ ,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

_Ms. Talgaldo Rental office Sectuy /_

_Manger    Landsmans    owner_

3

# Housing Discrimination Complaint

**U.S. Department of Housing and Urban Development**
Office of Fair Housing and Equal Opportunity

OMB Approval No. 2529-0011

Please type or print this form

Public Reporting Burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Read this entire form and all the instructions carefully before completing. All questions should be answered. However, if you do not know the answer or if a question is not applicable, leave the question unanswered and fill out as much of the form as you can. Your complaint should be signed and dated. Where more than one individual or organization is filing the same complaint, and all information is the same, each additional individual or organization should complete boxes 1 and 7 of a separate complaint form and attach it to the original form. Complaints may be presented in person or mailed to the HUD State Office covering the State where the complaint arose (see list on back of form), or any local HUD Office, or to the Office of Fair Housing and Equal Opportunity, U.S. Department of HUD, Washington, D.C. 20410.

---

**This section is for HUD use only.**

| Number | (Check the applicable box) | Jurisdiction | Signature of HUD personnel who established Jurisdiction |
|---|---|---|---|
| | ☐ Referral & Agency (specify) | ☐ Yes  ☐ No | |
| Filing Date | ☐ Systemic | ☐ Additional Info | |
| | ☐ Military Referral | | |

---

1. Name of Aggrieved Person or Organization (last name, first name, middle initial) (Mr.,Mrs.,Miss,Ms.)   Home Phone 5852989291   Business Phone

Street Address (city, county, State & zip code)   360 St paul St #1002

2. Against Whom is this complaint being filed? (last name, first name, middle initial)   Rochester Housing Authority   Phone Number 585 697 6000

Street Address (city, county, State & zip code)

Check the applicable box or boxes which describe(s) the party named above:
☐ Builder  ☐ Owner  ☐ Broker  ☐ Salesperson  ☑ Supt. or Manager  ☐ Bank or Other Lender  ☑ Other

If you named an individual above who appeared to be acting for a company in this case, check this box ☐ and write the name and address of the company in this space:

Name: Janice Slade   Address: 675 West Main St

Name and identify others (if any) you believe violated the law in this case: New York Civil Law IS Involed In Coverup!

3. What did the person you are complaining against do? Check all that apply and give the most recent date these act(s) occurred in block No. 6a below.
☐ Refuse to rent, sell, or deal with you   ☐ Falsely deny housing was available   ☐ Engage in blockbusting   ☐ Discriminate in broker's services
☑ Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities   ☐ Advertise in a discriminatory way   ☐ Discriminate in financing   ☐ Intimidated, interfered, or coerced you to keep you from the full benefit of the Federal Fair Housing Law
☑ Other (explain) refuse to repay money they stole

4. Do you believe that you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under 18, or a pregnant female in the family or your national origin? Check all that apply.

| Race or Color | Religion | Sex | Handicap | Familial Status | National Origin | |
|---|---|---|---|---|---|---|
| ☐ Black | (specify) | ☑ Male | ☑ Physical | ☐ Presence of children under 18 in the family | ☐ Hispanic | ☑ American Indian or Alaskan Native  ☑ Other (specify) |
| ☐ White | yes | ☐ Female | ☑ Mental | ☐ Pregnant female | ☐ Asian or Pacific Islander | |
| ☑ Other | | | | | | |

5. What kind of house or property was involved?
☐ Single-family house
☐ A house or building for 2, 3, or 4 families
☑ A building for 5 families or more
☐ Other, including vacant land held for residential use (explain)

Did the owner live there?
☐ Yes
☑ No
☐ Unknown

Is the house or property
☐ Being sold?
☑ Being rented?

What is the address of the house or property? (street, city, county, State & zip code)
360 St paul St Rochst NY 14605

6. Summarize in your own words what happened. Use this space for a brief and concise statement of the facts. Additional details may be submitted on an attachment. Note: HUD will furnish a copy of the complaint to the person or organization against whom the complaint is made.

Took workers comp wk check and was not supose to for FOUrteen years.

6a. When did the act(s) checked in Item 3 occur? (Include the most recent date if several dates are involved)
3-17-19

7. I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.   Signature & Date   5-24-1

form HUD-903 (7/2001)
ref Handbook 8024.1

Previous editions are obsolete

May 21st, 2019
RECEIVED

JUN 04 2019

**NEW YORK STATE** | **Division of Human Rights**

HOUSING INVESTIGATIONS UNIT

ANDREW M. CUOMO
Governor

HELEN DIANE FOSTER
Commissioner

Dear Sir or Madam:                    Complaint Number  10201417

The Division is in receipt of your complaint alleging discrimination. However, we are unable to process your complaint for the reasons(s) indicated below.

*DO NOT MAKE ANY CORRECTIONS ON THIS PAGE; PLEASE MAKE THE CORRECTIONS ON THE OFFICIAL COMPLAINT FORM, THEN RETURN IT TO OUR OFFICE.*

_____ Where there is more than one complainant named, each complainant must <u>sign the complaint form and have their signature notarized</u>.

_____ Regulated areas – <u>only **one** area can be chosen per complaint</u>. You must file a complaint for each area chosen.

_____ Whom the complaint is filed against – respondent's <u>name is missing</u>; respondent is <u>not appropriately named</u>; respondent's <u>address is missing</u>.

✓ The date of the most recent act of discrimination is missing. Please <u>provide the complete date; it must be within one year</u> of the filing.

✓ The basis of discrimination is missing. <u>Only select the basis which you feel played a role in the discrimination</u>. Please add specifications as indicated in each basis category selected. Specify your disability please

_____ The description of discrimination is not clear; please provide a <u>complete</u> description of the discriminatory act(s). <u>Explain how you are being treated differently from others based on the basis or bases you selected</u>.

_____ The complaint form is not notarized and/or a complaint form needs to be completed.

✓ Since your complaint is a housing complaint, do not forget to complete the HUD 903 in its entirety (enclosed). Also, do not forget to enter the date of the most recent discrimination (6A) and sign and date it (7).

_____ Other: _____
_____

Please note that in order to protect your rights, you have one year from the date of the last discriminatory act to file your complaint with the Division. Remember to <u>complete the additional information sheets</u>, which are found after the notary and regional offices pages. Also, please add a telephone number at which we can reach you during the day. We are returning your complaint form so that you can complete/correct the information and return it to us.

**Intake Section, Housing Investigation Unit**

Thank you.

# Housing Discrimination Complaint

**U.S. Department of Housing and Urban Development**
Office of Fair Housing and Equal Opportunity

OMB Approval No. 2529-0011

RECEIVED
AUG 2 2 2019
BY:

**Please type or print this form**

Public Reporting Burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Read this entire form and all the instructions carefully before completing. All questions should be answered. However, if you do not know the answer or if a question is not applicable, leave the question unanswered and fill out as much of the form as you can. Your complaint should be signed and dated. Where more than one individual or organization is filing the same complaint, and all information is the same, each additional individual or organization should complete boxes 1 and 7 of a separate complaint form and attach it to the original form. Complaints may be presented in person or mailed to the HUD State Office covering the State where the complaint arose (see list on back of form), or any local HUD Office, or to the Office of Fair Housing and Equal Opportunity, U.S. Department of HUD, Washington, D.C. 20410.

---

**This section is for HUD use only.**

| Number | (Check the applicable box) | Jurisdiction | Signature of HUD personnel who established Jurisdiction |
|---|---|---|---|
| | ☐ Referral & Agency (specify) | ☐ Yes   ☐ No | |
| Filing Date | ☐ Systemic | ☐ Additional Info | |
| | ☐ Military Referral | | |

| 1. Name of Aggrieved Person or Organization (last name, first name, middle initial) (Mr.,Mrs.,Miss,Ms.) | Home Phone | Business Phone |
|---|---|---|
| | | |

Street address (city, county, State & zip code)

| 2. Against Whom is this complaint being filed?   (last name, first name, middle initial) | Phone Number |
|---|---|
| | |

Street Address (city, county, State & zip code)

Check the applicable box or boxes which describe(s) the party named above:

☐ Builder   ☐ Owner   ☐ Broker   ☐ Salesperson   ☐ Supt. or Manager   ☐ Bank or Other Lender   ☐ Other

If you named an individual above who appeared to be acting for a company in this case, check this box ☐ and write the name and address of the company in this space:

Name: *Arthur Matthews*   Address: *36 St Paul Street*

Name and identify others (if any) you believe violated the law in this case: *Greg the maintanace threated me Im 53 yrs old*

3. What did the person you are complaining against do? Check all that apply and give the most recent date these act(s) occurred in block No. 6a below.

☐ Refuse to rent, sell, or deal with you   ☐ Falsely deny housing was available   ☐ Engage in blockbusting   ☐ Discriminate in broker's services
☒ Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities   ☐ Advertise in a discriminatory way   ☐ Discriminate in financing   ☐ Intimidated, interfered, or coerced you to keep you from the full benefit of the Federal Fair Housing Law
☐ Other (explain)

4. Do you believe that you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under 18, or a pregnant female in the family or your national origin? Check all that apply.

| ☐ Race or Color | ☐ Religion (specify) | ☐ Sex | ☐ Handicap | ☐ Familial Status | ☐ National Origin |
|---|---|---|---|---|---|
| ☐ Black | | ☐ Male | ☐ Physical | ☐ Presence of children under 18 in the family | ☐ Hispanic   ☐ American Indian or Alaskan Native |
| ☐ White | | ☐ Female | ☐ Mental | | ☐ Asian or Pacific Islander |
| ☐ Other | | | | ☐ Pregnant female | ☒ Other (specify) |

*age - Retaliation on pass complaint*

| 5. What kind of house or property was involved? | Did the owner live there? | Is the house or property | What is the address of the house or property? (street, city, county, State & zip code) |
|---|---|---|---|
| ☐ Single-family house | ☐ Yes | ☐ Being sold? | *300 St Paul St* |
| ☐ A house or building for 2, 3, or 4 families | ☒ No | ☒ Being rented? | *Rochester New York* |
| ☒ A building for 5 families or more | ☐ Unknown | | *14605* |
| ☐ Other, including vacant land held for residential use (explain) | | | |

| 6. Summarize in your own words what happened. Use this space for a brief and concise statement of the facts. Additional details may be submitted on an attachment. **Note:** HUD will furnish a copy of the complaint to the person or organization against whom the complaint is made. | 6a. When did the act(s) checked in Item 3 occur? (Include the most recent date if several dates are involved) |
|---|---|
| | *6/15/19* |
| | *Threaten By maintanace AMA* |

| 7. I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct. | Signature & Date |
|---|---|
| | |

Previous editions are obsolete

form HUD-903 (7/2001)
ref Handbook 8024.1

I Have two Boy
They Have a right
to visit me.
when i moved Here
their was no Drug

and my boy cant
ploy out side an
In Building Drugs.

LAndsman HAs the
responsibility TO protect
The TeneneTs, They pick
And Chooze.
They Allowed The Drug
CARtel in and They Took
Over or Baughtthe
PlAce I live in Fear.

No security the
only time 3:00 to 11
Rental office closed
and locked.

Landsman is to
Blame. Their Rude.
Not professenil
Turn Heat wat
off on Friday
Night 10 - 4AM

Turn water off During
the Day for 4 Hours
No Notice Happen Often

5-20-21

The Just wont the Rent I call the ememay # They TWO DAYS LATER!!! Refuse to change out 20 year alc Sink cabinit Tile Rust Tub. Just pay the Rhnt. And I still Eviction notice

# St. Simon's Terrace

*Professionally Managed by Landsman*

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630 / Fax 585-232-2483
NY TTY 800-421-1220
stsimonsterrace@landsman.com

June 9, 2017

Arthur A Matthews
360 St Paul Street Apt. 1002
Rochester, NY  14605

Dear Arthur A Matthews:

Our maintenance personnel is scheduled to entered your unit on **Monday, June 12, 2017** at **9:00 am** to complete the repairs in your bathroom.  It will not be necessary for anyone to be home during the repairs.

Should you have any questions or concerns please feel free to contact me at the rental office .

Sincerely,

Keira Sanchez
Community Manager



**LANDSMAN**
REAL ESTATE SERVICES



St. Simon's Terrace does not discriminate in admission or access to, or treatment, or employment in, its federally assisted programs and activities

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

ARTHUR A. MATTHEWS,

                    Complainant,

          v.

LANDSMAN REAL ESTATE SERVICES, INC., PAUL
DOE,

                    Respondents.

AMENDMENT TO
THE COMPLAINT

Case No. 10193229

---

      Pursuant to the provisions of § 297.4a of the Human Rights Law (Executive Law, Article 15) of the State of New York, and the New York State Division of Human Rights, Rules of Practice § 465.4, the complaint in the aforesaid proceeding is amended as follows:

      The Respondent name shall be amended as follows: Landsman Real Estate Services, Inc.; Paul <u>Rosa</u>

Dated: 6/12/2018 11:45:17 AM
      Bronx, New York

                      STATE DIVISION OF HUMAN RIGHTS

By: _____
            Elizabeth A. Ortiz-Feliciano
            Director



**LANDSMAN**
REAL ESTATE SERVICES

## LANDSMAN INCIDENT REPORT

*PLEASE COMPLETE ALL APPLICABLE SECTIONS*
*FORWARD TO INCIDENT@LANDSMAN.COM WITHIN 24 HOURS OF INCIDENT*

### SECTION 1

PROPERTY NAME _ST Simmions_
PROPERTY CONTACT PERSON _miss Chruch_      DATE OF REPORT _1/23/18_
DATE & TIME OF INCIDENT _11 - 11:30_     PROPERTY PHONE # _232 3630_
WHO REPORTED INCIDENT?  Name _Arthur Matthews_     DATE INCIDENT WAS REPORTED _1/23/18_
Address _360 St Paul St #1002_

Phone (primary) _300 1345_ (other) _____

TYPE OF INCIDENT (Check all that apply):
PERSONAL INJURY ☒     PROPERTY DAMAGED/STOLEN ☐     AUTO ACCIDENT ☐
WHERE DID INCIDENT OCCUR? (full address or location) _10th floor 360 St paul st_
WEATHER CONDITIONS AT TIME OF INCIDENT (if applicable) _Wet del Side_
WERE PHOTOS TAKEN? _Yes_ If yes, please attach.
WITNESSES:
Name _Paul Matanance_     And     Name _Janitor_
Address _____     Address _____

Phone (primary) _____ (other) _____     Phone (primary) _____ (other) _____

### SECTION 2      FOR INCIDENT INVOLVING PERSONAL INJURY, COMPLETE THE FOLLOWING:

PERSON(S) INJURED:
Name _Arthur Matthews_     Name _____
Address _360 st paul St #1002_     Address _____

Phone (primary) _____ (other) _300 1345_     Phone (primary) _____ (other) _____
Age _52_ Sex _M_ Occupation: _Disabbled_     Age _____ Sex _____ Occupation: _____
Type of Injury _Back Hurt Slip & fall_     Type of Injury _____
Employer _____     Employer _____
Employer's Address _____     Employer's Address _____
Employer's Phone _____     Employer's Phone _____

Please provide details of how the injury occurred and what the person was doing when the injury occurred _Came off elavator and the floor was soakt wet I fall I look up Paul is vidio Tapping the Janitor moping He say to me the Sing was over Here wet floor_

Was medical treatment required? _Yes_ Treatment Facility: _Strong_
Was injured person asked for a statement? _NO_ If yes, attach a copy.

Page 1



## New York's Protection & Advocacy System and Client Assistance Program

January 30, 2018

Arthur Mathews
260 St. Paul Street
Apt. 1002
Rochester, NY 14605

Dear Mr. Matthews,

You contacted Disability Rights New York ("DRNY") after an incident at Wegmans left you banned from the premises and therefore unable to access the pharmacy to pick up your prescriptions. I attempted to call you several times on January 19, 2018, the day you contacted DRNY and explained that you urgently needed access to your prescriptions. When I was unable to get in touch with you on January 19, I left you a voicemail message suggesting that you either have your prescriptions transferred to a different pharmacy, or that you have a friend or relative pick-up the prescription for you.

DRNY has received no communication or response from you since January 19. As DRNY is unable to offer you assistance regarding the incident(s) at Wegmans, I am closing your file and DRNY will take no action on your behalf. If you need assistance in the future, please contact me at (518) 512-4841 or jessica.barlow@drny.org.

Thank you for contacting DRNY.

Sincerely,

Jessica Barlow
Staff Attorney

Encl: Client Grievance and Document Destruction Policy

---

725 Broadway, Suite 450
Albany, New York 12207
(518) 427 -6561 (fax)

25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(718) 797-1161 (fax)

44 Exchange Blvd, Suite 110
Rochester, New York 14614
(585) 348-9823 (fax)

mail@DRNY.org • www.DRNY.org

(800) 993-8982 (toll free) • (518) 432-7861 (voice) • (518) 512-3448 (TTY)

# St. Simon's Terrace
**Professionally Managed by Landsman**

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630
Fax 585-232-2483
stsimonterrace@landsman.com

March 16, 2015

Arthur A Matthews
360 St Paul Street Apt. 1002
Rochester, NY 14605

Dear Arthur A Matthews::

Re:  Lease violation

It has been brought to our attention that a guest or household member was involved in a disturbance at the property. A complaint against you was in regards to a verbal abuse towards another individual in our property.   Please refer to your lease section entitled <u>Disturbances</u>, which states, "Nothing should be done in or about the premises which interferes with the rights, comforts, conveniences or safety of other tenants."

These disturbances must cease immediately. The terms of your lease must be followed. This is a violation of your lease and may be the basis for an eviction.

Your cooperation will be appreciated. If you have any questions, please call your rental agent.

Sincerely,

Kiera Sanchez
Community Manager

# LANDSMAN
REAL ESTATE SERVICES

3 Townline Circle, Rochester, New York 14623
585-427-7570 · fax 585-427-7815
http://www.landsman.com

Equal Housing
Opportunity



**NEW YORK STATE** | Division of Human Rights

ANDREW M. CUOMO
Governor

HELEN DIANE FOSTER
Commissioner

May 21, 2018

Arthur A. Matthews
360 St. Paul Street, Apartment 1002
Rochester, NY 14605

      Re:    Arthur A. Matthews v. Landsman Real Estate Services, Inc., Paul Doe, true last name unknown
               Case No. 10193229

Dear Arthur A. Matthews:

In order to protect your rights under the federal Fair Housing Act, please return the *HUD 903 Form,* **signed and dated <u>no later than Tuesday, May 29, 2018</u>**. If we do not receive this from by this date, your case will not be dual filed with the US Department of Housing and Urban Development.

Enclosed is a self-addressed, stamped envelope to facilitate and expedite the return.

Thank you in advance for your cooperation.

                           Very truly yours,

                           Embrya Smith
                           Temporary Program Aide

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

ARTHUR A. MATTHEWS,

Complainant,

v.

LANDSMAN REAL ESTATE SERVICES, INC.,
KERRA SANCHEZ,

Respondents.

---

AMENDMENT TO
THE COMPLAINT

Case No. 10190435

Federal Charge No. 02-18-8426-8

Pursuant to the provisions of § 297.4a of the Human Rights Law (Executive Law, Article 15) of the State of New York, and the New York State Division of Human Rights, Rules of Practice § 465.4, the complaint in the aforesaid proceeding is amended as follows:

The respondent name shall be amended as follows: Landsman Real Estate Services, Inc.; Keira Sanchez

Dated: 6/12/2018 9:53:36 AM
Bronx, New York

STATE DIVISION OF HUMAN RIGHTS

By: _____
Elizabeth A. Ortiz
Director

# St. Simon's Terrace

*Professionally Managed by Landsman*

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630 / Fax 585-232-2483
NY TTY 800-421-1220
stsimonsterrace@landsman.com

February 3, 2017

Arthur A Matthews
08-01002
360 St Paul Street Apt. 1002
Rochester, NY 14605

Dear Arthur A Matthews:

Your current lease expires on May 31, 2017. The U.S. Department of Housing and Urban Development requires an annual inspection to be completed every year prior to lease renewal.

The purpose of this inspection is to check resident care of their unit and to schedule any maintenance repairs that may need to be done.

Your unit is scheduled to be inspected between the week of _3/13/17_ through _3/17/17_ between the hours of 10:00 am and 3:00 pm. You do not need to be present at the time of the inspection.

Thank you for your cooperation, and please feel free to contact the office with any questions.

Sincerely,

Kiera Sanchez
St. Simon's Terrace



**LANDSMAN**
REAL ESTATE SERVICES



St. Simon's Terrace does not discriminate in admission or access to, or treatment, or employment in, its federally assisted programs and activities

RECEIVED

MAY 03 2019

HOUSING INVESTIGATIONS

# New York State Division of Human Rights
## Complaint Form

Received

APR 29 2019

NYS DHR
Rochester Regional Office

## CONTACT INFORMATION

**My contact information:**

Name: Arthur Matthew

Address: 360 St Paul St    Apt or Floor #: 1002

City: Rochester    State: NY    Zip: 14605

## REGULATED AREAS

**I believe I was discriminated against in the area of:**

☐ Employment                ☐ Education              ☐ Volunteer firefighting

☐ Apprentice Training        ☐ Boycotting/Blacklisting ☐ Credit

☑ Public Accommodations      ☑ Housing               ☐ Labor Union, Employment
(Restaurants, stores. hotels, movie                          Agencies
theaters amusement parks. etc.)  ☐ Commercial Space

Because of my mental Disability       ☐ Internship
in being forced with

**I am filing a complaint against:**

Company or Other Name: Rochester Housing Authority

Address: 675 West Main St

City: Rochester    State: NY    Zip: 14611

Telephone Number: 585 697 of 47
(area code)

Individual people who discriminated against me:

Name: Janee Slade   Name: Her Supervision

Title: Case Manager    Title: Her Superv

They keep switching my worker every

## DATE OF DISCRIMINATION month

The most recent act of discrimination happened on: 3 / 17 / 19
                                                    month   day   year

3

S. G.
02-18-84268
10/12/17

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>ARTHUR A. MATTHEWS,<br><br>Complainant,<br><br>v.<br><br>LANDSMAN DEVELOPMENT CORP., KERRA SANCHEZ,<br><br>Respondents. | VERIFIED COMPLAINT<br>Pursuant to Executive Law,<br>Article 15<br><br>Case No.<br>**10190435** |

I, Arthur A. Matthews, residing at 360 St. Paul Street, Apartment 1002, Rochester, NY, 14617, charge the above named respondents, whose address is 3 Townline Circle, Rochester, NY, 14623 with an unlawful discriminatory practice relating to housing in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of age, disability, familial status, marital status, race/color, sexual orientation.

Date most recent or continuing discrimination took place is 6/17/2017.

The allegations are:

1.      I am a 51-year-old, disabled, African American, heterosexual male, and I am a single father of two children.  Because of this, I have been subject to unlawful discriminatory actions.

2.      See attached verified complaint and HUD 903 form.

Based on the foregoing, I charge respondents with an unlawful discriminatory practice relating to housing because of age, disability, familial status, marital status, race/color, sexual orientation, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondents with violating Title VIII of the federal Fair Housing Act (FHA), as amended.  I hereby authorize SDHR to forward this verified complaint to the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained in the aforementioned law.

June 11, 2019

**NEW YORK STATE** | **Division of Human Rights**

ANDREW M. CUOMO
Governor

HELEN DIANE FOSTER
Commissioner

Dear Sir or Madam: **Arthur Matthews**

Re:  Complaint Number: **10201417**

The Division is in receipt of your complaint alleging discrimination.  However, we are unable to process your complaint for the reasons(s) indicated below.  {DO NOT MAKE ANY CORRECTIONS ON THIS PAGE; PLEASE MAKE THE CORRECTIONS ON THE OFFICIAL COMPLAINT FORM.}

_____  Where there is more than one complainant named, each complainant must <u>sign the complaint form and have their signature notarized</u>.

_____  Regulated areas – <u>only **one** area can be chosen per complaint</u>. You must file a complaint for each area chosen.

_____  Whom the complaint is filed against – respondent's <u>name is missing</u>; respondent is <u>not appropriately named</u>; respondent's <u>address is missing</u>.

_____  The date of the most recent act of discrimination is missing<u>.</u>  Please provide the date; it must be within one year of the filing.

_____  The basis of discrimination is missing.  Only select the basis which you feel played a role in the discrimination.  Please add specifications as indicated in each basis category selected.

\_\_X\_\_  The description of discrimination is not clear; please provide a <u>complete</u> description of the allegations.  **A claim of discrimination has not been established. The acts of discrimination are not clear.**

_____  The complaint form is not notarized, and/or a complaint form needs to be completed.

_____  Since your complaint is a housing complaint, do not forget to complete the HUD 903 in its entirety.  Also, do not forget to enter the date of the most recent discrimination (6A) and sign and date it (7).

_____  Other:

Please note that in order to protect your rights, you have one year from the date of the last discriminatory act to file your complaint with the Division. Remember to <u>complete the additional information sheets</u>, which are found after the notary and regional offices pages.  Also, please add a telephone number at which we can reach you during the day.
We are returning your complaint form so that you can complete/correct the information and return it to us.



OFFICE OF HOUSING

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-8000

DEC 2 9 2014

MEMORANDUM FOR:   All Multifamily Regional Center Directors
All Multifamily Hub Directors
All Asset Management Division Directors
All Multifamily Program Center Directors
All Contract Administrators

FROM:   Benjamin T. Metcalf, Deputy Assistant Secretary for Multifamily
Housing Programs, HT

SUBJECT:   Use of Marijuana in Multifamily Assisted Properties

The Controlled Substances Act (CSA), 21 U.S.C. Section 801 et. seq., categorizes marijuana as a Schedule 1 substance and therefore the manufacture, distribution, or possession of marijuana is a federal criminal offense. Because the CSA prohibits all forms of marijuana use, the use of "medical marijuana" is illegal under federal law even if it is permitted under state law. With regard to questions concerning the use of marijuana in Multifamily assisted properties in states that have decriminalized the use of marijuana, the controlling authority is Section 577 of the Quality Housing and Work Responsibility Act of 1998 (QHWRA), P.L. 105-276 (October 21, 1998), 42 U.S.C Section 13662. Owners of federally assisted housing are required by QHWRA to deny admission to any household with a member who the owner determines is, at the time of application for admission, illegally using a controlled substance as that term is defined by the CSA. In addition, Section 577 of QHWRA states in part:

> Notwithstanding any other provision of law, a public housing agency or owner of federally assisted housing (as applicable) shall establish standards or lease provisions for continued assistance or occupancy in federally assisted housing that **allow** the agency or owner (as applicable) to terminate the tenancy or assistance for any household with a member-
>
> (1) Who the public housing agency or owner determines is illegally using a controlled substance; or
> (2) Whose illegal use (or pattern of illegal use) of a controlled substance...is determined by the public housing agency or owner to interfere with the health, safety, or right to peaceful enjoyment of the premises by other residents.

(emphasis added)

Unlike the prescribed **admission** standards which prohibit admission to federally assisted housing for any household with a member who the owner determines is illegally using a controlled substance (e.g. marijuana) or the owner has reasonable cause to believe that the illegal use may interfere with the health, safety, or right to peaceful enjoyment of the premises by other residents, the **continued occupancy** standards "allow" termination by the owner. In other

words. QHWRA provides owners with the discretion to determine, on a case-by-case basis, when it is appropriate to terminate the tenancy of the household.

Since the 1990s, a number of states have legalized the use of marijuana specifically for medicinal purposes. More recently, some states have begun broadly legalizing its use for recreational purposes. Regardless of the purpose for which legalized under state law, the use of marijuana in any form is illegal under the CSA and therefore is an illegal controlled substance under Section 577 of QHWRA.

In summary, owners must deny admission to assisted housing for any household with a member determined to be illegally using a controlled substance, e.g., marijuana. Further, owners may not establish lease provisions or policies that affirmatively permit occupancy by any member of a household who uses marijuana. Owners must establish policies which allow the termination of tenancy of any household with a member who is illegally using marijuana or whose use interferes with the health, safety, or right to peaceful enjoyment of the premises by other residents. Section 577 of QHWRA affords owners the *discretion* to evict or not evict current tenants for their use of marijuana.

If you have any questions regarding this memorandum, please contact Kate Brennan at Catherine.M.Brennan@hud.gov.



LEGAL ASSISTANCE OF WESTERN NEW YORK, INC.

1 West Main Street, 4th Floor
Rochester, NY 14614

Tele: (585)325-2520
Fax: (585)325-2559
Website: www.lawny.org

May 7, 2019

Arthur Matthews
360 St. Paul Street, Apt. 1002
Rochester, NY 14605

**RE:    Your Section 8 Informal Hearing**

Dear Mr. Matthews:

As you know you initially contacted our office because you believed that the Rochester Housing Authority Section 8 office has made an error in determining your share of the rent by not considering all of your expenses.

You were advised that you had the right to request an informal hearing at Section 8 to challenge the calculation of your share of the rent. On 4/19/19 you spoke with Ms. Perkins at our office. You explained that you believed you had been overcharged by Section 8 for years and you wanted an attorney to sue the Section 8 office. You were advised that our office does not have the resources to sue Section 8 on your behalf or to represent you at an informal hearing where you will challenge your rent share. You explained that you had requested an informal hearing with Section 8 but you did not receive a hearing date.

As a courtesy to you even though your case with our office is closed we agreed to reach out to the Section 8 office to see if your informal hearing had been scheduled yet.

I was advised by the Section 8 office that your informal hearing has been scheduled for Wednesday, **August 7, 2019 @ 9:00am..** The hearing attendees are called for their case to be heard in the order that they arrive at the Section 8 office on that day (In other words its first come first served). If you have not already you should receive a letter from the Section 8 office directly advising you of the same information contained in this letter.

Please be advised that because our office does not have the resources to handle the types of issues that you are seeking representation for, your case with our office will remain closed. Enclosed please find a copy of our office grievance procedure. Best wishes.

Sincerely,

Michelle DeMareo, Esq.

Encl. Grievance Form

   LSC

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL** _____

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

Subscribed and sworn before me
This 12 day of Oct , 2018

_____
Signature of Notary Public

County: Monro  Commission expires: Feb 19, 2022

STACIE A. WELCH
Notary Public, State of New York
No. 01WE6070078
Qualified in Monroe County
Commission Expires Feb. 19, 2022

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

St. Simon's Terrace
Resident Selection Plan

A.    Introduction

1.    The objective of this Resident Selection Plan is to consolidate relevant policies and procedures affecting resident selection pursuant to applicable Federal and State laws and affordable housing and/or subsidy program rules and requirements. The Plan outlines a procedure for processing and selecting applicants, including the establishment of preferences and priorities, occupancy standards, rejection standards, reviews and appeals of rejection decisions, and notice requirements.

2.    The Plan is designed to promote fairness and uniformity in resident selection. It is also designed to promote efficiencies in the process by which applications are processed. One of the principal elements of the Plan is that it allows management agents to make a preliminary determination of eligibility based on the rental application.

B.    Right to Apply

1.    No person may be refused the right to apply for housing unless the property's waiting list is closed and notice of the closed waiting list has been announced in a publication likely to be read by potential applicants. in accordance with HUD regulations.

C.    Statement of Non-discrimination

1.    It is the policy of the Management Agent to promote equal opportunity and non-discrimination in compliance with, but not limited to, Federal and State constitutions and legislative enactments addressing discrimination in housing including, Civil Rights legislation (1964; 1968; 1988), the Fair Housing Amendments Act of 1988, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975 and Title VI of the Civil Rights Act of 1964. In furtherance of this policy:

   a.    In carrying out this Resident Selection Plan, Agent will not discriminate on the basis of race, color, creed, religion, national or ethnic origin, citizenship, ancestry, class, sex, sexual orientation, familial status, disability, military/veteran status, source of income, age or other basis prohibited by local, state or federal law in any aspect of resident selection or matters related to continued occupancy. The Affirmative Fair Housing Marketing Plan establishes the minimum minority occupancy goal for the property based on the percentage of minorities in the area.   Agent will also affirmatively market to persons with disabilities, as specified in its Affirmative Fair Housing Marketing Plan.

   b.    Applicants with Disabilities and Reasonable Accommodations - Agent will make reasonable accommodations in policies or reasonable modification of common or unit premises for all applicants with disabilities (as defined in the above listed Acts or any subsequent legislation) who require such changes to have equal access to any aspect of the application process or to the property and its programs and services.   Agent will, for example, arrange for sign language

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF MONROE

---------------------------------------------------------

ARTHUR MATTHEWS,

                    Plaintiff,

-against-

LANDSMAN REAL ESTATE SERVICE, INC.,

                    Defendants.

---------------------------------------------------------

The complaint of the plaintiff, Arthur Matthews, respectfully shows and alleges as follows:

1. The plaintiff herein, Arthur Matthews, is a resident of the State of New York. Mr. Matthews resides at 360 St. Paul Street, Apt. 1002, Rochester, Y 14605.

2. Stormy, the rental office agent, came in after Keaira Sanchez was removed.

3. Stormy refused to take my rent from the church stating I could pay my own rent. I filed a complaint with the Division of Human Rights.

4. The janitor kept picking at me and where I live, saying he liked Corn Hill, NOY this dump. He was later fired.

5. The same janitor was given a key to enter my apartment. He walked in. I pushed the door closed. No notice, unannounced.

6. I called the policy and filed a complaint with the Division of Human Rights.

7. Stormy, the new rental agent, has tried to evict me at least four times in the past.

8. Paul, the manager, walked in my apartment with no notice and asked my son's mother is she on the lease.

9. Greg, the janitor, told me when he caught me off work he was going to beat me up or kill me. I told the office and also complained to the Division of Human Rights (6-15-19).

1

# St. Simon's Terrace
*Professionally Managed by Landsman*

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630 / Fax 585-232-2483
NY TTY 800-421-1220
stsimonsterrace@landsman.com

## Annual Recertification Notice

February 4, 2019

Arthur A Matthews
360 St Paul Street Apt. 1002
Rochester, NY  14605

Dear Arthur A Matthews:

It will soon be time for your annual recertification.  You received a notice of your upcoming annual recertification at an interview just less than a year ago.

Paragraph 15 of your lease states that the Department of Housing and Urban Development (HUD) requires that we review your income and family composition every year to determine if you are still eligible to receive assistance paying your rent.

To complete our review of your income and family composition, you must meet with Stormy Diaz at the office and supply the required information.  Interviews will be conducted Monday through Friday 8:30am-4:30pm.  **Your appointment time is below:**

*Thursday 2/6/19 @ 11am*

### If you are unable to keep this appointment, please call (585) 232-3630 to reschedule.

Cooperation with the recertification requirement is a condition of continued program participation.  **\*\*You must report the required information and provide the required signatures to enable the owner to process your recertification.\*\***  If you respond to this notice after April 10, 2019, paragraph 15 of your lease gives us the right to implement any rent increase resulting from the recertification without providing you a 30-day written notice.

If you do not respond before June 1, 2019, paragraph 15 of your lease gives us the right to terminate your assistance and charge you the contract rent effective June 1, 2019.

When you attend the interview, you must bring the following information:

1. Information regarding all sources of income such as: employment, unemployment, self employment, social security, supplemental security income, welfare, pension funds, alimony/child support payments, etc.

2. Information regarding all assets such as: savings and checking accounts, money market funds, trusts, certificates of deposits, stocks/bonds, IRA/Keogh or other Retirement/Investment Accounts, etc.

3. For elderly/disabled households *only*-Expense information for medical insurance payments, health care professionals and facilities, eye doctors, dentists, hearing aides, prescription drugs, etc.

Sincerely,

Stormy Diaz
St. Simon's Terrace

 *LANDSMAN*



St. Simon's Terrace does not discriminate in admission or access to, or treatment, or employment in, its federally assisted programs and activities

# St. Simon's Terrace
*Professionally Managed by Landsman*

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630 / Fax 585-232-2483
NY TTY 800-421-1220
stsimonsterrace@landsman.com

## Notice of Lease Violation

June 8, 2017

Arthur A Matthews
360 St Paul Street Apt. 1002
Rochester, NY 14605

Dear Arthur A Matthews:

In accordance with the lease and the community house rules, the following lease violation(s) have been discovered and have been recorded in your tenant file:

- ☐ Excessive Noise or Loud Music
- ☐ Illegal Activities and/or Police Action
- ☐ Unauthorized Pet
- ☐ Cleanliness/Housekeeping

- ☐ Disturbance
- ☐ Unauthorized Occupant
- ☐ Destruction of Property
- ☒ Other: **covering bathroom vent with tape**

Please refer to: Lease Attachment # __4, **Paragraph #14 letters G  Section II signed by you on 12/01/08**

and/or House Rule # _____

Explanation:

**When you cover the bathroom vents or any ventilation system in your unit this does not allow the system/vent to perform its correct function.  It was noted that on Monday, June 5, 2017 someone in your unit had covered the bathroom vent with tape.  This is the primary cause on why your bathroom walls have mildew around the tub and sink.**

Please do the following:

☒ Take the action necessary to correct the above named problem within __1___ days from the date of this notice.  Failure to make the necessary corrections on a timely basis will require additional action as outlined in the apartment lease contract.

☐ Contact the rental office within 24 hours in person or by telephone.

Please note that lease violations may be the basis for an eviction or non-renewal of your lease.  If you have any questions, please contact the rental office.  If you disagree with this notice, you may request a meeting to discuss/appeal the notice of lease violation.  Reasons to appeal include:
- You believe the notice was issued in error
- You believe there are extenuating circumstances that should be considered
- You or a member of your household is a victim of abuse covered by the Violence Against Women Act and you feel your status as a victim contributes to the lease violation
- You or a member of your household is a person with a disability and you would like to request a reasonable accommodation.

You must make the request to appeal this Notice of Lease Violation in writing or in person to the rental office within five business days.  The request will be accepted in an equally effective manner, as a reasonable accommodation, if the resident cannot comply with the deadline and if there is the presence of a disability.  If we do not receive an appeal request from you within five business days, this notice will be considered final.

 **LANDSMAN**
REAL ESTATE SERVICES



St. Simon's Terrace does not discriminate in admission or access to, or treatment, or employment in, its federally assisted programs and activities

LEASE ATTACHMENT NO. 4

RULES AND REGULATIONS

These Rules and Regulations Form A Part Of Your Lease

And Are In Addition To the Rules Contained in Attachment No. 3

1.   OCCUPANCY

a.   The Lease requires that the names of all family members or other occupants of the dwelling unit must appear on the application. Any increase or decrease in family composition must be reported, in writing, to the Landlord immediately. No person other than those named on the application will be allowed to live in the unit until all the following conditions are met:

   i.   Landlord will be notified immediately.
   ii.   A new application form will be completed and submitted to the Landlord.
   iii.   If the added person is deemed eligible by Landlord, and is 18 years of age or older, they must sign the Lease as joint tenant.
   iv.   If applicable, rent will be re-computed based on the combined household income and Tenant will pay any increase in rent that may result from the additional income. If Tenant does not comply, Tenant will no longer be eligible for occupancy.

b.   Guest/Visitor Policy

   i.   Purpose and Definition: The sole purpose of this policy is to prevent subsidy abuse. All visitors must have their own separate legal residence. Guests and visitors are expected to follow all house rules. As a Tenant you are responsible for the actions of your guests. A "visit" of more than 14 days (consecutive or not) within any 45-day period constitutes unauthorized occupancy and is a violation of the Lease.

   ii.   Proof Required
   If Landlord has any reason to suspect that a Tenant is housing an unauthorized guest or guests, the Tenant must prove to Landlord that that person has permanent residence elsewhere. If a Tenant doesn't provide acceptable proof within 14 days from the date of Landlord's request, Landlord may increase the Tenant's rent to the HUD-approved market rent under paragraph 33 of the Lease, or may begin eviction proceedings for material noncompliance under paragraph 38 of the Lease.

      (1)   Acceptable proof consists of any two or more of the following: valid Lease with a valid rent receipt (for the current month); copy of a utility bill for the current month, showing the person's name and address (electric, gas, phone, cablevision); current paycheck stub showing name and address; current bank statement showing name and address; car registration showing name and address; copy of a mortgage coupon showing name and address; and deed to a house, if owned, showing name and address.
      (2)   Unacceptable Proof: The following proof will not be accepted: driver's license; phone book listing; tax forms; and other items which in Landlord's view aren't likely to have a current address.

c.   The Landlord reserves the right to ban guests from the property for failure to comply with the terms and conditions of the Lease, and/or Rules and Regulations.

d.   Tenants must provide Rental Office with telephone numbers (both home and work) to enable Landlord to contact Tenants in case of an emergency.



Better Business Bureau
100 Bryant Woods South
Amherst, NY 14228
Phone: 716-881-5222
Fax: 716-883-5349
www.bbb.org

Monday, March 25, 2019

Arthur Matthews
360 Saint Paul st Apt 1002
Rochester NY 14605

Dear Arthur Matthews:

This message is in regard to your complaint submitted on 3/7/2019 against UR Medicine Sleep Center. Your complaint was assigned ID 13429908.

The business has sent the BBB a message regarding this complaint, and we are passing it on to you. The contents of this message are below or attached. **Please contact us within the next 5 business days with your response to the company's message. If we do not hear from you we will assume the matter has been settled and the complaint will close Answered (Assumed).** If an offer was made by the business and you will accept it, you MUST follow up with the company to let them know and work out the details. The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information when you tell us about your problem or in your desired outcome. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Lou Ann Pedersen, ext 254
The Better Business Bureau

**MESSAGE FROM BUSINESS:**

We have provided care for this patient at the UR Medicine Sleep Center since 1/12/18. We have made multiple attempts to help him get a new CPAP device since he reported his CPAP was lost. We have accommodated his requests for his CPAP and cleaning device equipment be faxed to New York State Workman's Compensation. It was brought to our attention that Workman's Compensation was not willing to cover the cost of a new CPAP until it had been 5 years since his last device was dispensed. He then decided to go through his Medicare coverage to obtain a CPAP. He underwent sleep testing as required 7/16/18 and a diagnosis of mild obstructive sleep apnea was confirmed. A prescription was then sent to a new durable medical equipment (DME) company as Medicare only is able to work through certain DMEs. At this point he was able to locate his initial CPAP and the new DME Company told him that since he got his CPAP in 2014 that he would not be eligible for a new one until 5 years had passed by Medicare guidelines. So, we wrote a prescription for replacement supplies for his found device. Unfortunately, Medicare will not cover supplies for a patient that has not met their compliance standards within the past 30 days (>4 hours of use per night >70% of the time).
It is important to realize that we have no control over either the insurers or whether the DME provides the equipment. We do not dispense CPAP equipment ourselves. In addition, he has no showed 3 different appointments and cancelled once within the past year. We are more than happy to continue advocating for him until he is able to obtain his needed equipment but we are required to follow insurance guidelines.
You can reach me at 585-341-7575 with any questions.
Thank you,
Betty Pyykkonen

# St. Simon's Terrace
*Professionally Managed by Landsman*

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630 / Fax 585-232-2483
NY TTY 800-421-1220
stsimonsterrace@landsman.com

May 3, 2018

Arthur A Matthews
1002
360 St Paul Street Apt. 1002
Rochester, NY 14605

Your current lease expires on June 30, 2018. The U.S. Department of Housing and Urban Development requires an annual inspection to be completed every year prior to lease renewal.

The purpose of this inspection is to check resident care of their unit and to schedule any maintenance repairs that may need to be done.

Your unit is scheduled to be inspected between the week of ___05/07/2018___ through ___05/11/2018___ between the hours of 10:00 am and 3:00 pm. You do not need to be present at the time of the inspection.

Thank you for your cooperation, and please feel free to contact the office with any questions.

Sincerely,

Stormy Diaz
St. Simon's Terrace





St. Simon's Terrace does not discriminate in admission or access to, or treatment, or employment in, its federally assisted programs and activities



**NEW YORK STATE** | **Division of Human Rights**

ANDREW M. CUOMO
Governor

HELEN DIANE FOSTER
Commissioner

June 12, 2018

Re:    Arthur A. Matthews v. Landsman Real Estate Services, Inc., Kerra Sanchez
Case No.    10190435

To the Parties Listed Below:

    PLEASE BE ADVISED that the above-listed complaint has been amended.  A copy of the amendment is enclosed herewith.

Very truly yours,

Elizabeth A. Ortiz
Director

TO:

Complainant
Arthur A. Matthews
360 St. Paul Street, Apartment 1002
Rochester, NY 14605

Respondent
Landsman Real Estate Services, Inc.
Attn: Legal Department
3 Townline Circle
Rochester, NY 14623

Respondent
Keira Sanchez
Landsman Real Estate Services, Inc.
Attn: Staff
3 Townline Circle
Rochester, NY 14623

Respondent Attorney
Scott Rogoff, Esq.
2000 HSBC Plaza, 100 Chestnut Street
Rochester, NY 14604-2404



**Division of
Human Rights**

**ANDREW M. CUOMO**
Governor

**HELEN DIANE FOSTER**
Commissioner

November 27, 2018

Arthur A. Matthews
360 St. Paul Street, Apartment 1002
Rochester, NY 14605

      Re:    Arthur A. Matthews v. Center for Disability Rights, Inc.
             Case No. 10198200

Dear Arthur A. Matthews:

      Please be advised that this office has received your complaint. **We have taken your two complaints as just one complaint.** Your filing date is 11/26/2018.

      To protect your rights, it is essential that the Division be notified promptly of any change in your address or telephone number. A form is enclosed for this purpose.

      You will be contacted by the Human Rights Specialist assigned to your case when the active investigation of your complaint begins. In the meantime, if you have any questions please call our office at (585) 238-8250, or contact us via e-mail to roc.syr@dhr.ny.gov.

                    Very truly yours,

                    Julia B. Day
                    Regional Director

June 25th, 2018

 **Division of Human Rights**

**ANDREW M. CUOMO**
Governor

**HELEN DIANE FOSTER**
Commissioner

Dear Sir or Madam: **<u>Arthur Matthews</u>**

Re:  Complaint Number: **<u>10194526</u>**

The Division is in receipt of your complaint alleging discrimination.  However, we are unable to process your complaint for the reasons(s) indicated below.  {DO NOT MAKE ANY CORRECTIONS ON THIS PAGE; PLEASE MAKE THE CORRECTIONS ON THE OFFICIAL COMPLAINT FORM.}

_____ Where there is more than one complainant named, each complainant must <u>sign the complaint form and have their signature notarized</u>.

_____ Regulated areas – <u>only **one** area can be chosen per complaint</u>. You must file a complaint for each area chosen.

_____ Whom the complaint is filed against – respondent's <u>name is missing</u>; respondent is <u>not appropriately named</u>; respondent's <u>address is missing</u>.

_____ The date of the most recent act of discrimination is missing.  Please <u>provide the date; it must be within one year</u> of the filing.

__X__ The basis of discrimination is missing. **<u>Only select the basis which you feel played a role in the discrimination</u>.**  Please add specifications as indicated in each basis category selected.

__X__ **<u>The description of discrimination is not clear</u>**; please provide a <u>complete</u> description of the discriminatory act(s).

_____ The complaint form is not notarized and/or a complaint form needs to be completed.

_____ Since your complaint is a housing complaint, do not forget to complete the HUD 903 in its entirety. Also, do not forget to enter the date of the most recent discrimination (6A) and sign and date it (7).

_____ Other: _____

Please note that in order to protect your rights, you have one year from the date of the last discriminatory act to file your complaint with the Division. Remember to <u>complete the additional information sheets</u>, which are found after the notary and regional offices pages.  Also, please add a telephone number at which we can reach you during the day.

We are returning your complaint form so that you can complete/correct the information and return it to us.

One Fordham Plaza, Fourth Floor, Bronx, New York 10458
(718) 741-8400 | Facsimile (718) 741-8166 | WWW.DHR.NY.GOV

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

Subscribed and sworn before me
This **25** day of **April**, 20**19**

_____
Signature of Notary Public

County: _____    Commission expires: _____

**Stormy DeLaCruz**
Notary Public - State of New York
No. 01DE6375147
Qualified in Monroe County
My Commission Expires May 14, 2022

*Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.*

9

# St. Simon's Terrace
*Professionally Managed by Landsman*

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630 / Fax 585-232-2483
NY TTY 800-421-1220
stsimonsterrace@landsman.com

August 31, 2017

Arthur A Matthews
360 St Paul Street Apt. 1002
Rochester, NY  14605

Dear Arthur A Matthews:

Your annual recertification is completed.  Based on all your new verifications, your rent portion will be:

**$ 284.00 Effective June 1, 2017**

Your rent is based on our recent review of your income and family composition.  We have carefully reviewed your records to make sure that this rental amount was correctly calculated. If you have a question about this amount, please contact the rental office.

**Please come to the rental office within 7 days of receipt of this notice to sign your recertification documents.**  Documents must be signed by the head, co-head, spouse and all other members of the household that are 18 or older.

Thank you for your cooperation.

Sincerely,

Kiera Sanchez
St. Simon's Terrace



*LANDSMAN*
REAL ESTATE SERVICES



St. Simon's Terrace does not discriminate in admission or access to, or treatment, or employment in, its federally assisted programs and activities

## THREE-DAY NOTICE

October 9, 2017

TO:    Arthur A Matthews
       360 St Paul Street Apt. 1002
       Rochester, NY 14605

**PLEASE TAKE NOTE** that you owe the Landlord of the above described premises the sum of $ 782.00 for rent and/or additional rent for the described premises from _9/1/17_ through _Present_, which you are required to pay on or before the expiration of three days from the date of service upon you of this notice, or to surrender possession of the premises to the Landlord (surrender of the premises will not relieve you of the obligation to pay the amount due). If you fail to pay the amount due, the Landlord will commence a summary proceeding in accordance with the laws of New York State, and will seek a judgment against you for all amounts deemed to be due, and will also seek a warrant of eviction. If a judicial proceeding for eviction is commenced against you, you may present a defense. You have 10 Days from the date of personal delivery or from the day after mailing to discuss this with your Landlord if you wish to do so.
Failure to pay your rent when due constitutes a violation of your lease and repeated violations is grounds for lease termination or non-renewal.
If a summary proceeding is commenced, the petition will also request that the judgment include the Landlord's attorney's fees and the costs of disbursements, which must be made by the Landlord in connection with the action. In the event your file is placed with our attorney for an eviction action, you will be responsible, pursuant to section _23_ of your lease agreement, for reasonable attorney fees and costs of such action.

St. Simon's Terrace, LANDLORD

By: Landsman Real Estate Services, Inc., Agent

By: _S. Vega_

Lease Term:

Description of Premises:

Monthly Rent Paid by Tenant: $

Breakdown of Amounts Due:

| Late Charge | $ 30.00 |
|---|---|
| Rent | $ 752.00 |
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |

Monthly Supplement, If Any: $

Type of Supplement, If Any:

| Total Due | **$ 782.00** |
|---|---|

# St. Simon's Terrace
*Professionally Managed by Landsman*

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630 / Fax 585-232-2483
NY TTY 800-421-1220
stsimonsterrace@landsman.com

June 9, 2017

Arthur A Matthews
360 St Paul Street Apt. 1002
Rochester, NY  14605

Dear Arthur A Matthews:

Our maintenance personnel is scheduled to entered your unit on **Monday, June 12, 2017** at **9:00 am** to complete the repairs in your bathroom.  It will not be necessary for anyone to be home during the repairs.

Should you have any questions or concerns please feel free to contact me at the rental office .

Sincerely,

Keira Sanchez
Community Manager

 **LANDSMAN**
REAL ESTATE SERVICES



St. Simon's Terrace does not discriminate in admission or access to, or treatment, or employment in, its federally assisted programs and activities

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL** _____ A M

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

Subscribed and sworn before me
This ___ day of _____ , 20 __

_____
Signature of Notary Public

County: _____    Commission expires: _____

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

4
Complaint

If you do not respond before June 1, 2017, paragraph 15 of your lease gives us the right to terminate your assistance and charge you the market rent of $ 780.00 effective June 1, 2017. This increase in rent will be made without providing you additional notice. If you fail to pay the increased rent, we may terminate your tenancy and seek to enforce the termination in court.

Please do not make us increase your rent. Contact the Rental Office today to set up your interview and to discuss your recertification and any possible change in rent. Thank you for your cooperation.

Sincerely,

Kiera Sanchez
St. Simon's Terrace
Encl:   HUD 5380
         HUD 5382



| | |
|---|---|
| **ANDREW M. CUOMO**<br>Governor | **HELEN DIANE FOSTER**<br>Commissioner |

_August 1_, 2017

Dear Sir or Madam:

Re: Complaint Number ___(Pending)___

The Division is in receipt of your complaint alleging discrimination. However, we are unable to process your complaint for the reasons(s) indicated below:

_____ Where there is more than one complainant named, each complainant must <u>sign the complaint form and have their signature notarized</u>.

_____ Regulated areas – <u>only **one** area can be chosen per complaint</u>. You must file a complaint for each area chosen.

_____ Whom the complaint is filed against – respondent's <u>name is missing</u>; respondent is <u>not appropriately named</u>; respondent's <u>address is missing</u>.

_____ The date of the most recent act of discrimination is missing. Please <u>provide the date; it must be within one year</u> of the filing.

_____ The basis of discrimination is missing. <u>Only select the basis which you feel played a role in the discrimination</u>. Please add specifications as indicated in each basis category selected.

___✓___ The description of discrimination is not clear; please provide a <u>complete</u> description of the discriminatory act(s). <u>Explain how you are being treated differently from others based on the basis or bases you selected</u>.

_____ The complaint form is not notarized and/or a complaint form needs to be completed.

_____ Since your complaint is a housing complaint, do not forget to complete the HUD 903 in its entirety. Also, do not forget to enter the date of the most recent discrimination (6A) and sign and date it (7).

_____ Other: _____

_____

Please note that in order to protect your rights, you have one year from the date of the last discriminatory act to file your complaint with the Division. Remember to <u>complete the additional information sheets</u>, which are found after the notary and regional offices pages. Also, please add a telephone number at which we can reach you during the day.

We are returning your complaint form so that you can complete/correct the information and return it to us.

Thank you.

**Housing Investigation Unit, Intake**

One Fordham Plaza, Fourth Floor. Bronx, New York 10458
(718) 741-8400 | Facsimile (718) 741-8166 | WWW.DHR.NY.GOV



R O C H E S T E R
Housing Authority

**Leasing Operations**
675 West Main St
Rochester NY 14611
(585) 697-6105  Fax (585) 697-6104
Hours: M-Th 8:30am-4:30pm, F 8:30am-12:00pm
Si necesitas esta información en españnol, favor de llama al 585-697-6107

4/9/2019                                                          S8V-HCV-V53346-35923

ARTHUR A MATTHEWS
360 ST PAUL ST Apt. 1002
ROCHESTER, NY 14605

## FINAL NOTICE - RECERTIFICATION INCOMPLETE

RHA is missing important information and therefore the annual recertification for the above mentioned subsidy and unit is incomplete.  The information must be received by **04/17/2019.**

If the recertification is not completed by this date, the contract will be terminated on **06/01/2019** and the tenant's eligibility for the program may be terminated, pending the tenant's right to a hearing.  Furthermore, if the recertification is not completed by the 15th of the month, the HAP will be delayed.

THE TENANT NEEDS TO COMPLETE AND RETURN TO US THE FOLLOWING:

You submitted Medical Bills with unpaid Receipts. Please submit Receipts for Medical bills to allow for a medical deduction
You indicated you have a Chase Bank Account on your housing Application. Please submit your most recent Bank Statement.

According to the HAP contract the unit must meet Housing Quality Standards.  Please refer to communications from the Inspection Dept. regarding the status of your annual inspection.

This is the FINAL REMINDER notice.  If you have any questions, please contact the Housing Specialist for Janee Slade.

Sincerely,                                                              Ltr #22

Janee Slade
Housing Specialist, Leasing Operations
jslade@rochesterhousing.org
Phone (585) 697-6134
Fax (585) 568-6774



 **R O C H E S T E R**
Housing Authority

**Inspections Unit**
100 William Warfield
Rochester NY 14605
(585) 232-1601
Fax (585) 232-1607

ARTHUR          MATTHEWS                                      04/26/2018
360 ST PAUL ST Apt. 1002
ROCHESTER  NY  14605

Apartment Complexes Bulk Inspections

In Accordance with HUD regulations, the Rochester Housing Authority (RHA) is required to inspect all assisted units annually to ensure the units continue to meet Housing Quality Standards (HQS).

On 05/25/2018 between the hours of 8:30am and 4:30pm an RHA inspector, accompanied by a staff member from your complex, will inspect your unit 360 ST PAUL ST Apt. 1002.

**The RHA requires that an authorized adult of at least 18 years old must be present for the inspection. If an authorized adult is not present, the tenant *(participant)* would be held responsible for a failed inspection for a no show/no access.**

- Please be advised that cancellations must be received no later than 15 days of the date of this letter. The tenant *(participant)* may contact the scheduling clerk at 585-232-1601 or email at hqs@rochesterhousing.org to reschedule. It is expected that any rescheduled inspection take place within 5 business days of the originally scheduled appointment.

- **If the inspector is unable to enter the unit, the inspection will be considered a fail due to no show/no access as a tenant *(participant)* violation. Two no shows/no access/same day cancellation results would be grounds for termination from the program for failure to meet family obligations.**

- If the landlord is not renewing the lease, or the tenant *(participant)* has given notice that they intend to move, please contact the Housing Specialist to cancel the inspection. The specialist may be reached at 585-697-6105.

Please be advised that should the unit not pass inspection within 30 days of the first inspection, the housing assistance payments (HAP) will be abated (suspended). The tenant *(participant)* is not responsible for payment of suspended HAPs. Should the HAP continue to be abated for an additional 30 days, the contract will be terminated and no further assistance will be made under this contract. Once the contract is terminated, the tenant *(participant)* would then be responsible for the full amount of the rent should they remain in the unit.


**LANDSMAN**
REAL ESTATE SERVICES

## LANDSMAN INCIDENT REPORT

### PLEASE COMPLETE ALL APPLICABLE SECTIONS
### FORWARD TO INCIDENT@LANDSMAN.COM WITHIN 24 HOURS OF INCIDENT

**SECTION 1**

PROPERTY NAME _ST Simmions_       DATE OF REPORT _1/23/18_
PROPERTY CONTACT PERSON _miss Chruch_   PROPERTY PHONE # _232 3630_
DATE & TIME OF INCIDENT _11 - 11:30_
WHO REPORTED INCIDENT?   Name _Arthur Matthew_   DATE INCIDENT WAS REPORTED _1/23/18_
                         Address _360 St Paul St #1002_

Phone (primary) _300 1345_ (other) _____

TYPE OF INCIDENT (Check all that apply):
   PERSONAL INJURY [X]        PROPERTY DAMAGED/STOLEN [ ]      AUTO ACCIDENT [ ]
WHERE DID INCIDENT OCCUR? (full address or location) _10th floor 360 St paul St_
WEATHER CONDITIONS AT TIME OF INCIDENT (if applicable) _Wet Wet Side_
WERE PHOTOS TAKEN? _Yes_ If yes, please attach.
WITNESSES:
   Name _paul MAtbnAnce_             And   Name _JANitor_
   Address _____                       Address _____

   Phone (primary) _____ (other) _____   Phone (primary) _____ (other) _____

**SECTION 2**    FOR INCIDENT INVOLVING PERSONAL INJURY, COMPLETE THE FOLLOWING:

PERSON(S) INJURED:
Name _Arthur Matthews_                    Name _____
Address _360 St paul St #1002_            Address _____

Phone (primary) _____ (other) _300 1345_   Phone (primary) _____ (other) _____
Age _52_ Sex _M_ Occupation: _Disabbled_    Age ____ Sex ____ Occupation: ____
Type of Injury _BACK Huet Slip & fall_      Type of Injury _____
Employer _____                          Employer _____
Employer's Address _____                Employer's Address _____

Employer's Phone _____                  Employer's Phone _____

Please provide details of how the injury occurred and what the person was doing when the injury occurred _Came off ElAVAtor And the floor was soakt wet I fall I Look up pAul is vidio Tapping the JANitor moping He Say to me the Sing was over Here wet floor_
Was medical treatment required? _Yes_ Treatment Facility: _Strong_
Was injured person asked for a statement? _NO_ If yes, attach a copy.

R O C H E S T E R
Housing Authority

**Inspections Department**
100 William Warfield Drive
Rochester NY 14605
(585) 232-1601
Fax (585) 232-1607

## Unit Inspected:

360 ST PAUL ST 1002
ROCHESTER, NY 14605

*No Date*

Previous: Aleksandras
Gedmintas
Current: JULIAN
LASKOWYCZ

**The following items failed the inspection:**

### 2 Area: Kitchen

Item:  2.8 - Floor Condition
Deficiency: Replace broken floor tiles
**\*Severity: Pass With Comment**
Comments: floor tiles intact at all traffic areas    no HQS deficiency

### 3 Area: Bathroom

Item:  3.6 - Ceiling Condition
Deficiency: Cracks/holes/damage - repair and finish
**\*Severity: Failed**
Comments: minor areas of surface deterioration

Item:  3.7 - Wall Condition
Deficiency: Other deficiency
**\*Severity: Pass With Comment**
Comments: minor paint drops/splatter    not HQS deficiency

Item:  3.7 - Wall Condition
Deficiency: Mold/Mildew Like Substance-properly clean and seal surfaces
**\*Severity: Failed**
Comments: at tub wall tile    old soap dish location

Item:  3.12 - Tub
Deficiency: Clear drain blockage at tub
**\*Severity: Failed**
Comments:

Item:  3.12 - Tub
Deficiency: Other deficiency
**\*Severity: Failed**
Comments: secure cove base adjacent to tub

### 8 Area: General Health and Safety

Item:  8.1 - Access to Unit
Deficiency: Other deficiency
**\*Severity: Participant  Responsibility**
Comments: ** new tenant denied  RHA inspector  entry 7/10/17 JL**

## THREE-DAY NOTICE

January 19, 2018

TO:   Arthur A Matthews
      360 St Paul Street Apt. 1002
      Rochester, NY14605

**PLEASE TAKE NOTE** that you owe the Landlord of the above described premises the sum of $ 241.00 for rent and/or additional rent for the described premises from ＿＿＿ 11 11 18 ＿＿＿ through ＿＿ 11 31 18 ＿＿, which you are required to pay on or before the expiration of three days from the date of service upon you of this notice, or to surrender possession of the premises to the Landlord (surrender of the premises will not relieve you of the obligation to pay the amount due).  If you fail to pay the amount due, the Landlord will commence a summary proceeding in accordance with the laws of New York State, and will seek a judgment against you for all amounts deemed to be due, and will also seek a warrant of eviction.  If a judicial proceeding for eviction is commenced against you, you may present a defense.  You have 10 Days from the date of personal delivery or from the day after mailing to discuss this with your Landlord if you wish to do so.
Failure to pay your rent when due constitutes a violation of your lease and repeated violations is grounds for lease termination or non-renewal.
If a summary proceeding is commenced, the petition will also request that the judgment include the Landlord's attorney's fees and the costs of disbursements, which must be made by the Landlord in connection with the action.  In the event your file is placed with our attorney for an eviction action, you will be responsible, pursuant to section ＿11 0＿ of your lease agreement, for reasonable attorney fees and costs of such action.

St. Simon's Terrace, LANDLORD
By: Landsman Real Estate Services, Inc., Agent
By: _S. Delacruz_____
Stormy Delacruz

Breakdown of Amounts Due:

Lease Term:

Description of Premises:

Monthly Rent Paid by Tenant: $

| | |
|---|---|
| Rent | $ 241.00 |
| | $  0.00 |
| | $  0.00 |
| | $  0.00 |
| | $  0.00 |

Monthly Supplement, If Any: $

Type of Supplement, If Any:

| | |
|---|---|
| Total Due | **$ 241.00** |



**BARRY M. SMOLOWITZ, ESQ.**
CHAIRMAN

**M. DAVID TELL, ESQ.**
VICE-CHAIRMAN

STATE OF NEW YORK
GRIEVANCE COMMITTEE FOR THE
TENTH JUDICIAL DISTRICT
150 MOTOR PARKWAY
SUITE 102
HAUPPAUGE, N.Y. 11788
(631) 231-3775

**CATHERINE A. SHERIDAN**
ACTING CHIEF COUNSEL

**NANCY B. GABRIEL
ELIZABETH A. GRABOWSKI
STACEY J. SHARPELLETTI
MICHAEL J. KEARSE
MICHAEL FUCHS
MICHELE FILOSA
ROBERT H. CABBLE
DANIEL M. MITOLA
IAN P. BARRY**
STAFF COUNSEL

**CHRISTOPHER C. KERN
DOUGLAS K. KRONENBERG**
INVESTIGATORS

April 11, 2018

Arthur Matthews
360 St. Pauls Street, #1002
Rochester, NY 14605

Re: File No. N-456-18

Dear Mr. Matthews:

This will acknowledge receipt of your letter which was received by our office on April 3, 2018.

As you were previously advised by letter dated March 23, 2018, (copy annexed), the attorney about whom you have complained passed away on June 19, 2015. Our office has no jurisdiction over this matter and cannot assist you.

You may contact an attorney of your own choosing who can advise you regarding your available legal remedies. Thank you for your courtesy in this matter.

Very truly yours,

CATHERINE A. SHERIDAN
Acting Chief Counsel

NANCY B. GABRIEL
Staff Counsel

NBG:es

# St. Simon's Terrace
*Professionally Managed by Landsman*

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630 / Fax 585-232-2483
NY TTY 800-421-1220
stsimonsterrace@landsman.com

July 14, 2017

Arthur A Matthews
360 St Paul Street Apt. 1002
Rochester, NY 14605

Dear Arthur A Matthews:

You had a scheduled Section 8 inspection on July 10, 2017 at 3:00 pm. Unfortunately, per our Section8 inspector and maintenance staff you refused to allow the inspector to enter your unit.

Your unit is a 236/Tax Credit with a Section 8 Voucher that pays subsidy rent for you. If your portion of the rent is terminated from Section 8 due to "No Inspection" you will be responsible for the full rent amount 9of $553.00.

It is very important that you contact your Section 8 Housing Specialist to re-schedule the inspection to your unit that was not completed on July 10, 2017 as soon as possible.

Should you have any questions please feel free to contact the rental office.

Sincerely,

Keira Sanchez
Community Manager

*[handwritten: this is the threatw, rette al ours with the Eviction Notice]*

**LANDSMAN**
REAL ESTATE SERVICES

St. Simon's Terrace does not discriminate in admission or access to, or treatment, or employment in, its federally assisted programs and activities



MARK W. BENNETT
CLERK OF THE COURT

NEW YORK STATE SUPREME COURT
APPELLATE DIVISION, FOURTH DEPARTMENT
M. DOLORES DENMAN COURTHOUSE
50 EAST AVENUE, SUITE 200
ROCHESTER, NEW YORK 14604
(585) 530-3100   Fax (585) 530-3247



ALAN L. ROSS
DEPUTY CLERK OF THE COURT

August 21, 2018

Arthur Matthews
360 Saint Paul St. Apt 1002
Rochester, NY 14605

Dear Sir:

This acknowledges receipt of your recent letter.

This Court's rules require that you submit a copy of the "order or judgment" being appealed (*see* 22 NYCRR 1000.13 [a] [5] [i]).  You cannot appeal without providing this Court with a copy of the order being appealed and a timely filed and served notice of appeal.

Very truly yours,

Kim Taylor, Esq.
Principal Appellate Court Attorney

KT: at

## THREE-DAY NOTICE

September 11, 2017

TO:    Arthur A Matthews
       360 St Paul Street Apt. 1002
       Rochester, NY14605

**PLEASE TAKE NOTE** that you owe the Landlord of the above described premises the sum of
$ 364.00 for rent and/or additional rent for the described premises from___9/11/17___ through
___9/11/17___, which you are required to pay on or before the expiration of three days from the date
of service upon you of this notice, or to surrender possession of the premises to the Landlord
(surrender of the premises will not relieve you of the obligation to pay the amount due).  If you fail
to pay the amount due, the Landlord will commence a summary proceeding in accordance with the
laws of New York State, and will seek a judgment against you for all amounts deemed to be due,
and will also seek a warrant of eviction.  If a judicial proceeding for eviction is commenced against
you, you may present a defense.  You have 10 Days from the date of personal delivery or from the
day after mailing to discuss this with your Landlord if you wish to do so.
Failure to pay your rent when due constitutes a violation of your lease and repeated violations is
grounds for lease termination or non-renewal.
If a summary proceeding is commenced, the petition will also request that the judgment include the
Landlord's attorney's fees and the costs of disbursements, which must be made by the Landlord in
connection with the action.  In the event your file is placed with our attorney for an eviction action,
you will be responsible, pursuant to section ___42___ of your lease agreement, for reasonable
attorney fees and costs of such action.

St. Simon's Terrace, LANDLORD
By: Landsman Real Estate Services, Inc., Agent
By: ___Kiera Sanchez___
       Kiera Sanchez

Lease Term:

Description of Premises:

Monthly Rent Paid by Tenant: $

Breakdown of Amounts Due:

| | |
|---|---|
| Rent | $ 364.00 |
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |

Monthly Supplement, If Any: $

Type of Supplement, If Any:

| | |
|---|---|
| Total Due | **$ 364.00** |

SECTION 8

SEP 12 2017

RECEIVED

# St. Simon's Terrace
*Professionally Managed by Landsman*

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630 / Fax 585-232-2483
NY TTY 800-421-1220
stsimonsterrace@landsman.com

May 3, 2018

Arthur A Matthews
1002
360 St Paul Street Apt. 1002
Rochester, NY 14605

Your current lease expires on June 30, 2018. The U.S. Department of Housing and Urban Development requires an annual inspection to be completed every year prior to lease renewal.

The purpose of this inspection is to check resident care of their unit and to schedule any maintenance repairs that may need to be done.

Your unit is scheduled to be inspected between the week of ___05/07/2018___ through ___05/11/2018___ between the hours of 10:00 am and 3:00 pm. You do not need to be present at the time of the inspection.

Thank you for your cooperation, and please feel free to contact the office with any questions.

Sincerely,

Stormy Diaz
St. Simon's Terrace


LANDSMAN
REAL ESTATE SERVICES



St. Simon's Terrace does not discriminate in admission or access to, or treatment, or employment in, its federally assisted programs and activities

Elizabeth A. Ortiz-Feliciano
November 2, 2017
Page 8


race, sexual orientation or familial status, the Division should issue a Determination and Order of "No Probable Cause" and dismiss the Complaint in its entirety.

    Thank you very much for your consideration.

Very truly yours,

Scott P. Rogoff

/spr
Enclosures

Cc:    Ann Rushlow

14131755

Elizabeth A. Ortiz-Feliciano
November 2, 2017
Page 7

i.     **Age**

Complainant alleges that he is 51 years of age.  Of the 499 residents of St. Simon's Terrace, 148 (nearly 30%) are the same age or older than Complainant.  Landsman welcomes longevity in its tenants.  Respondents did not discriminate against Complainant because of his age.  *Its Because I now About all the Drug Dealers and Her Drug*

ii.     **Disability Status**

Complainant alleges he is disabled.  He does not identify the nature or extent of his alleged disability and Landsman has no knowledge of same.  Complainant has never made any request nor exhibited any need for an accommodation.  Putting all that aside, and as set out in **Exhibit A,** 137 residents at St. Simon's (more than 27%) self-identify as disabled or handicapped.   Landsman routinely provides accommodations to these individuals when appropriate.  Respondents did not discriminate against Complainant because of his alleged disability.  *She got Handicap sticker or notes About Not being Around fumes*

iii.     **Race**

Complainant alleges in his Complaint that he is African-American.  As set out in **Exhibit A,** 135 residents at St. Simon's (27%) self-identify as the same race as Complainant. Another 348 (70%) self-identify as Hispanic.  Only 10 of 499 (.02%) self-identify as Caucasian.  Clearly, Landsman supports and welcomes diversity in its tenant population. Respondents did not discriminate against Complainant because of his race.  *Yeah But they Dont See the Drug and now that you All Sell Drug And recive proceeds from the Drugs*

iv.     **Familial Status**

Complainant alleges in his Complaint that he is a single father of two children.  He does not allege the ages of his children, or that they live with him at St. Simon's Terrace. Upon information and belief, they do not.  Accordingly, Complainant cannot sustain an allegation of familial status discrimination in the first instance.  Putting all that aside, it is important to note that of the 499 residents at St. Simon's Terrace, 125 (25%) are 13 years of age or younger.  Landsman has always welcomed families.  Respondents did not discriminate against Complainant because of his familial status.  *All the needle In Hall way. And Junkies In play ground she's phony*

Respondents deny specifically each and every allegation of unlawful housing discrimination set forth in the Complaint.  *my Babies Cant come Here Because Drugs Drug Dealers they child molester on primis Like Kiear People got shot ran*

**Conclusion**

Based on the above, and because the facts on this record demonstrate without controversy that Complainant's allegations are time-barred, and that Respondents did not discriminate against the Complainant in any manner whatsoever, let alone on the basis of his age, alleged disability,

*In TV Room Bleeding he was selling CRACK to the lady In wheel chair Spanish kid came with Tony Goolita who Sell Drug so Does tony Daughter I prison now drug*

Elizabeth A. Ortiz-Feliciano
November 2, 2017
Page 6

support an unlawful discrimination claim. Similarly, Complainant's self-serving, unsupported (and potentially defamatory) statements concerning some of Landsman's former employees, do not provide a basis to impute any conduct to Landsman – which is another fatal flaw in the Complaint. Not only are these claims stale and time-barred, they are simply beyond the Division's jurisdiction because they involve matters that are not encompassed by the Human Rights Law or the Fair Housing Act. The Complaint should be dismissed for this reason as well.

_It All Happen they Are Guilty_

The Complaint must also be viewed in the context of Complainant's own often disruptive and obstructive conduct. By way of example, on January 24, 2011, Complainant received a notice from Landsman advising that Landsman had substantiated a complaint against Complainant arising out of his alleged disrespectful conduct towards a rental agent. The notice indicated that Complainant was in violation of his lease, which stated that any "criminal activity by a Tenant … that threatens the health, safety, or right to peaceful enjoyment of the premises by other residents (including property management and staff)" could result in termination of tenancy. **Exhibit C.** The matter was eventually resolved. _15 year No problem_

On December 29, 2014, Complainant received another lease violation notice following a substantiated complaint that a guest or household member was involved in a disturbance at the property. **Exhibit D.** Complainant received a similar lease violation notice for a disturbance at the property on March 16, 2015, which required police involvement. **Exhibit E.** Complainant also received periodic lease violation notices for non-payment of rent and other expenses including property damages. Each of these were resolved as well, however, it appears that Complainant still harbors ill-will towards the Respondents because of the prior notices, as evident by his filing the instant Complaint. It is also disingenuous that Complainant complains about the condition of his apartment, yet, as recently as July 2017, he twice refused to allow Section 8 inspectors and Landsman's maintenance staff entry into the apartment, which denied them the opportunity to determine what if any updates, repairs, or other work may be appropriate. **Exhibits F, G.** Complainant's inappropriate conduct in that regard likewise casts a serious doubt on the veracity of his claims. _walked in 8 times since_

_Its free they_

The Complaint must also be viewed in the context that Landsman provides housing to many individuals and families of the same protected classes as the Complainant. By way of example, attached as **Exhibit A** is a spreadsheet showing a breakdown of St. Simon's residents by age, disability status, race, and familial status.[2] A summary follows:

_I live their they Ignored my workorders_
_I stop filling them out i want_
_and let Section eight make them fix_

---

[2] This information was compiled from voluntary applicant responses to the U.S. Department of Housing and Urban Development's "Race and Ethnic Data Reporting Form" – a document Respondent is required to provide to all prospective tenants. Landsman does not request nor keep data concerning tenant sexual orientation. That being said, there is nothing in the Complaint even remotely suggesting Complainant was subjected to any illegal conduct because he is a straight, heterosexual male. He was not.

_they never tried to fix_
_Any thing the Tile twenty_
_Years olds_



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-2000
August 26, 2019

OFFICE OF FAIR HOUSING
AND EQUAL OPPORTUNITY

Mr. Arthur Mathews
P.O. Box 77124
Rochester, NY 14617

Dear Mr. Mathews:

Thank you for your Housing Discrimination Complaint regarding your belief that your civil rights have been violated. Your correspondence has been forwarded to the HUD Region II Office of Fair Housing and Equal Opportunity (FHEO), in New York, New York, for review and appropriate action. That Office has responsibility for determining jurisdiction over complaints in New Jersey. Please be assured that the issue you have raised in very important to us.

FHEO administratively enforces Federal statutes, executive orders and regulations designed to afford all persons an equal opportunity to live in housing of their choice and to participate in HUD-assisted programs and activities without regard to race, color, national origin, sex, religion, familial status (families with children under 18), or disability. Additional information about the laws that FHEO enforces is available on HUD's website at http://www.hud.gov/offices/fheo.

The FHEO Region II Office will review your correspondence and contact you directly in the next thirty (30) days to notify you of next steps. You may contact the FHEO Region II Office at the following address and phone number.

> Mr. Jay Golden, FHEO Region II Director
> U.S. Department of Housing and Urban Development
> 26 Federal Plaza
> New York, NY 20378-0068
> Telephone:        212-264-1290
>                         1-800-496-4294
> Facsimile:         212-264-9829
> TTY/TDD:        212-264-0927
> Email: Complaints.Office.02@hud.gov

I hope that the above information provided is helpful.

Sincerely,

Sheila King-Smith
Correspondence Specialist

UCS-840
(rev. 07/29/2019)

# REQUEST FOR JUDICIAL INTERVENTION

_Supreme_ COURT, COUNTY OF _Monroe_

Index No: E2019003119   Date Index Issued: 7/29/2019

**For Court Use Only:**

IAS Entry Date

Judge Assigned

RJI Filed Date

**CAPTION**   Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

Arthur Matthews

Plaintiff(s)/Petitioner(s)

-against-

Landsman Real Estate Services, Inc., Keira Sanchez, and ~~Stormy Diaz~~

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING**   Check only one box and specify where indicated.

**COMMERICIAL**
- O  Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- O  Contract
- O  Insurance (where insurance company is a party, except arbitration)
- O  UCC (includes sales and negotiable instruments)
- O  Other Commercial (specify): _____

_NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**._

**REAL PROPERTY**   Specify how many properties the application includes: _____
- O  Condemnation
- O  Mortgage Foreclosure (specify):   O Residential   O Commercial
  Property Address: _____
  _NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**._
- O  Tax Certiorari
- O  Tax Foreclosure
- O  Other Real Property (specify): _____

**OTHER MATTERS**
- O  Certificate of Incorporation/Dissolution   [see _NOTE_ in COMMERCIAL section]
- O  Emergency Medical Treatment
- O  Habeas Corpus
- O  Local Court Appeal
- O  Mechanic's Lien
- O  Name Change
- O  Pistol Permit Revocation Hearing
- O  Sale or Finance of Religious/Not-for-Profit Property
- O  Other (specify): _____

**MATRIMONIAL**
- O  Contested
  _NOTE: If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI ADDENDUM (UCS-840M)**._
  _For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13)._

**TORTS**
- O  Asbestos
- O  Child Victims Act
- O  Environmental (specify): _____
- O  Medical, Dental or Podiatric Malpractice
- O  Motor Vehicle
- O  Products Liability (specify): _____
- O  Other Negligence (specify): _____
- O  Other Professional Malpractice (specify): _____
- ●  Other Tort (specify): discrimination

**SPECIAL PROCEEDINGS**
- O  CPLR Article 75 (Arbitration) [see _NOTE_ in COMMERCIAL section]
- O  CPLR Article 78 (Body or Officer)
- O  Election Law
- O  Extreme Risk Protection Order
- O  MHL Article 9.60 (Kendra's Law)
- O  MHL Article 10 (Sex Offender Confinement-Initial)
- O  MHL Article 10 (Sex Offender Confinement-Review)
- O  MHL Article 81 (Guardianship)
- O  Other Mental Hygiene (specify): _____
- O  Other Special Proceeding (specify): _____

FILED MONROE CLERK'S C. SEP 11 2019

**STATUS OF ACTION OR PROCEEDING**   Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ● | O | If yes, date filed: 7/29/2019 |
| Has a summons and complaint or summons with notice been served? | ● | O | If yes, date served: 8/22/2019 |
| Is this action/proceeding being filed post-judgment? | O | ● | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**   Check one box only and enter additional information where indicated.

- O  Infant's Compromise
- O  Extreme Risk Protection Order Application
- O  Note of Issue/Certificate of Readiness
- O  Notice of Medical, Dental or Podiatric Malpractice   Date Issue Joined: _____
- ●  Notice of Motion   Relief Requested: _Dismissal of Complaint_   Return Date: _____
- O  Notice of Petition   Relief Requested: _____   Return Date: _____
- O  Order to Show Cause   Relief Requested: _____   Return Date: _____
- O  Other Ex Parte Application   Relief Requested: _____
- O  Poor Person Application
- O  Request for Preliminary Conference
- O  Residential Mortgage Foreclosure Settlement Conference
- O  Writ of Habeas Corpus
- O  Other (specify): _____

| RELATED CASES | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**. | | | | |
|---|---|---|---|---|---|
| Case Title | | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PARTIES** — For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Un-Rep | Parties — List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants — For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined — For each defendant, indicate if issue has been joined. | Insurance Carriers — For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ✔ | Name: Arthur Matthews  Role(s): Plaintiff | 360 St. Paul Street, # 1002, Rochester, New York 14605; (585) 298-9291 | ○ YES   ○ NO | |
| ☐ | Name: Landsman Realt Estate Services, Inc.  Role(s): Defendant | Scott Rogoff, Barclay Damon; 2000 Five Star Bank Plaza, 100 Chestnut Street, Rochester, New York 14604; (585) 294-4400; srogoff@barclaydamon.com | ◉ YES   ○ NO | AIG |
| ☐ | Name: Keira Sanchez  Role(s): Defendant | Scott Rogoff, Barclay Damon; 2000 Five Star Bank Plaza, 100 Chestnut Street, Rochester, New York 14604; (585) 294-4400; srogoff@barclaydamon.com | ◉ YES   ○ NO | |
| ☐ | Name: Stormy Diaz  Role(s): Defendant | Scott Rogoff, Barclay Damon; 2000 Five Star Bank Plaza, 100 Chestnut Street, Rochester, New York 14604; (585) 294-4400; srogoff@barclaydamon.com | ◉ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES   ○ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: _____09/11/2019_____                    _____
                                                                           Signature

_____2889822_____                                   Scott P. Rogoff
Attorney Registration Number                          Print Name

5-20-21

To wham it may
canCen i Arthur
mathew was Having
A Deink and i was
tald by the lady
on six flaur GiArdenia's
Boy freind colliE that
Thet landsmand
Kearia Sanchey was
gaing to Have me
kelled.
I told i Dant knaw
what this is all abaut
all because i Camplained
abaut the Drugs "

.

# St. Simon's Terrace

*Professionally Managed by Landsman*

360 St. Paul Street
Rochester, New York 14605
Tel 585-232-3630 / Fax 585-232-2483
NY TTY 800-421-1220
stsimonsterrace@landsman.com

June 9, 2017

Arthur A Matthews
360 St Paul Street Apt. 1002
Rochester, NY  14605

Dear Arthur A Matthews:

Our maintenance personnel is scheduled to entered your unit on **Monday, June 12, 2017** at **9:00 am** to complete the repairs in your bathroom.  It will not be necessary for anyone to be home during the repairs.

Should you have any questions or concerns please feel free to contact me at the rental office .

Sincerely,

Keira Sanchez
Community Manager

 LANDSMAN
REAL ESTATE SERVICES



St. Simon's Terrace does not discriminate in admission or access to, or treatment, or employment in, its federally assisted programs and activities

+ *missing*
903

N/c

N/c                    te Division *Missing 903*
                       Complaint Form

Section 8
N/c

RECEIVED

HOUSING INVESTIGATIONS
UNIT

## CONTACT INFORMATION

**My contact information:**

Name: ARTHUR MATTHEWS

Address: 360 St Paul St           Apt or Floor #: 1002

City: Rochester          State: NY    Zip: 14605

## REGULATED AREAS

**I believe I was discriminated against in the area of:**

☐ Employment          ☐ Education          ☐ Volunteer firefighting

☐ Apprentice Training          ☐ Boycotting/Blacklisting          ☐ Credit

☐ Public Accommodations          ☑ Housing          ☐ Labor Union, Employment
*(Restaurants, stores, hotels, movie*                                Agencies
*theaters amusement parks, etc.)*          ☐ Commercial Space
                                                               ☐ Internship

**I am filing a complaint against:**

PROPERTIES

Company or Other Name: LANDSMAN Rental / Real astate

Address: 360 St paul St / Rental office

City: Rochester          State: NY    Zip: 14605 00

Telephone Number: 585 300 1345
                  (area code)

Individual people who discriminated against me:

Name: Keana Sanchez    Name: Section 8

Title: Rental Manager    Title: Inspector
                        J. Previous: Aleksandras
                        Geominas
                        Current: Julian
                        Laskowycz

## DATE OF DISCRIMINATION

**The most recent act of discrimination happened on:**  7  10  17
                                                       month  day  year

3



LEGAL ASSISTANCE OF WESTERN NEW YORK, INC.

1 West Main Street, 4th Floor
Rochester, NY 14614

Tele: (585)325-2520
Fax: (585)325-2559
Website: www.lawny.org

January 16, 2018

Arthur A Matthews
360 Saint. Paul St.
Apt. 1002
Rochester, NY 14605

Dear Mr. Matthews,

You came to our office initially on November 27, 2017 and spoke with us about an issue you were having with your landlord as well as a complaint you made with the Division of Human Rights. We reviewed your paperwork and Robin Marable advised you that our office would be unable to submit a rebuttal by 12/1/17 deadline.

During the November 27, 2017 meeting with Robin Marable, you provided a copy of the complaint dated July 12, 2017. We advised you that the allegations that are addressed in that complant are past the date to file an administrative complaint. You explained an amended complaint was filed and agreed to provide a copy of that complaint. Since you did not provide a copy of the Complaint we are closing your case with this office. Enclosed is a copy of our grievance procedure as well as a client survey should you wish to comment on our services. I have enclosed the original documents you previously provided our office.

Best,

Bobby West
Americorps Paralegal

Robin Marable
Supervising Attorney

  

## BASIS OF DISCRIMINATION

*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note**: Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Domestic Violence Victim Status is a basis only in Employment complaints). These exceptions are listed next to the types of discrimination below.

### I believe I was discriminated against because of my:

| | |
|---|---|
| ☐ **Age** *(Does not apply to Public Accommodations)* <br> Date of Birth: | ☐ **Genetic Predisposition** *(Employment only)* <br> Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)* <br> Please specify: | ☐ **Marital Status** <br> Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)* <br> Please specify: | ☐ **Military Status:** <br> Please specify: |
| ☐ **Creed / Religion** <br> Please specify: | ☐ **National Origin** <br> Please specify: |
| ☑ **Disability** <br> Please specify: *mental* <br> *because of me switching worker* *ICCR switching* | ☐ **Race/Color or Ethnicity** <br> Please specify: |
| ☐ **Pregnancy-Related Condition:** <br> Please specify: | ☐ **Sex** <br> Please specify: ☐ **Female** ☐ **Male** <br> ☐ **Pregnancy** <br> ☐ **Sexual Harassment** |
| ☐ **Domestic Violence Victim Status:** <br> *(Employment only)* <br> Please specify: | ☐ **Sexual Orientation** <br> Please specify: |
| ☐ **Familial Status** *(Does not apply to Public Accommodations or Education)* <br> Please specify: | ☐ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)* <br> Please specify: |

 Before you turn to the next page, please check this list to make sure that you provided information *only* for the type of discrimination that relates to your complaint.



Better Business Bureau
100 Bryant Woods South
Amherst, NY 14228
Phone: 716-881-5222
Fax: 716-883-5349
www.bbb.org

Friday, May 18, 2018

Arthur Matthew
360 St Paul Apt 1002
Rochester NY 14605

Dear Arthur Matthew:

This message is in regard to your complaint submitted on 5/18/2018 against Turndown Complaint Company/Out of Business DO NOT CALL.  Your complaint was assigned ID 12864348.

In reviewing the issue you brought to us, it appears that the BBB cannot directly help you with this issue. The BBB does not handle complaints about the following:

_ Complaint about discrimination or a violation of civil rights only.

If you should have any questions about our assessment of this situation, please do not hesitate to contact us.  Thank you for your interest in an ethical marketplace.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information when you tell us about your problem or in your desired outcome. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Regards,


The Better Business Bureau


BBB Complaint ID: 12864348 (27261842)

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

ARTHUR A. MATTHEWS,

                         Complainant,

           v.

LANDSMAN REAL ESTATE SERVICES, INC., PAUL
DOE,

                       Respondents.

**AMENDMENT TO
THE COMPLAINT**

Case No. 10193229

---

       Pursuant to the provisions of § 297.4a of the Human Rights Law (Executive Law, Article 15) of the State of New York, and the New York State Division of Human Rights, Rules of Practice § 465.4, the complaint in the aforesaid proceeding is amended as follows:

       The Respondent name shall be amended as follows: Landsman Real Estate Services, Inc.; Paul <u>Rosa</u>

Dated: 6/12/2018 11:45:17 AM
       Bronx, New York

                         STATE DIVISION OF HUMAN RIGHTS

By:                              
           Elizabeth A. Ortiz-Feliciano
           Director

RECEIVED *May 10th*, 2018

HOUSING INVESTIGATIONS UNIT

**NEW YORK STATE** | **Division of Human Rights**

**ANDREW M. CUOMO**
Governor

**HELEN DIANE FOSTER**
Commissioner

Dear Sir or Madam:

Complaint Number ___10194526___

The Division is in receipt of your complaint alleging discrimination. However, we are unable to process your complaint for the reasons(s) indicated below. **{DO NOT MAKE ANY CORRECTIONS ON THIS PAGE; PLEASE MAKE THE CORRECTIONS ON THE OFFICIAL COMPLAINT FORM.}**

_____ Where there is more than one complainant named, each complainant must sign the complaint form and have their signature notarized.

_____ Regulated areas – only one area can be chosen per complaint. You must file a complaint for each area chosen. *Paul*

✓ Whom the complaint is filed against – respondent's name is missing; respondent is not appropriately named; respondent's address is missing. *JAMES Riliy JANitor*

_____ The date of the most recent act of discrimination is missing. Please provide the date; it must be within one year of the filing.

_____ The basis of discrimination is missing. Only select the basis which you feel played a role in the discrimination. Please add specifications as indicated in each basis category selected.

✓ *CAlling me crybaby and other Names* The description of discrimination is not clear; please provide a complete description of the discriminatory act(s). Explain how you are being treated differently from others based on the basis or bases you selected. *Paul told Him to CAll me NAmes*

_____ The complaint form is not notarized and/or a complaint form needs to be completed.

_____ Since your complaint is a housing complaint, do not forget to complete the HUD 903 in its entirety. Also, do not forget to enter the date of the most recent discrimination (6A) and sign and date it (7).

_____ Other: *1/28/18 STormy DeCplAs mAnAger Rental office Refuse I to Accept rent because a church help pay She SAid No -*

Please note that in order to protect your rights, you have one year from the date of the last discriminatory act to file your complaint with the Division. Remember to complete the additional information sheets, which are found after the notary and regional offices pages. Also, please add a telephone number at which we can reach you during the day.
We are returning your complaint form so that you can complete/correct the information and return it to us.

**Housing Investigation Unit, Intake**

To insure proper credit, return this statement with your rent payment

St. Simon's Terrace

**October 9, 2017**

Please be advised that you currently have an amount past due of **$ 782.00.** In order to rectify this, please remit **$ 782.00 today**. If you have any questions concerning this, please feel free to give us a call. Thank you for your anticipated cooperation in this matter.

Arthur A Matthews
360 St Paul Street Apt. 1002
Rochester, NY   14605

| FOR ACCOUNTING USE ONLY 1584 |
|---|
| Amount Enclosed        $_____ |

St. Simon's Terrace

The CAG was established to assist customers who have questions or complaints involving national banks and federal savings associations. For additional information on the OCC and CAG please visit www.helpwithmybank.gov.

The CAG offers guidance and assists consumers in resolving complaints about national banks and federal savings associations and their operating subsidiaries. The OCC is an administrative agency and does not have jurisdiction to resolve contractual and factual issues. We do not have judicial authority and cannot award damages in excess of an institution's error.

While complaint processing times may vary, on average you should receive a written response from CAG within 60 days after we have a complete file. If you would like to check the status of your case online, please visit www.helpwithmybank.gov and click on the "Check Case Status" link. If you have any questions, please contact this office at the telephone number listed below and reference the case number shown above.

Sincerely,

*Customer Assistance Group*

## What is Covered by the Human Rights Law?

The Division of Human Rights investigates complaints of discrimination based on:

**Age** (if you are at least 18 years of age)    *53*

**Creed / Religion** (religious belief, practice, or observance)

**Disability** (a physical or mental condition, including conditions related to gender identity and denial of reasonable accommodation of a disability, including the use of a companion animal)    *yes*

**Denial of use of guide dog, hearing dog, or service dog**    ———

**Pregnancy-Related Condition** (a medical condition related to pregnancy or childbirth or denial of reasonable accommodation of such conditions)

**Familial Status** (if you are pregnant or have children under age 18 in the household)

**Predisposing Genetic Characteristics** (information from a genetic test)

**Marital Status** (single, married, separated, divorced, widowed)

**Military Status** (including military reserves)

**National Origin** (the country where you or your ancestors were born)

**Race/Color** (because you are Asian, Black, White, etc.; includes ethnicity)

**Retaliation** (if you filed a discrimination case before, were a witness or helped someone else with a discrimination case, or opposed or reported discrimination due to race, sex, or any other category listed on this page)  *yes they got a guy follow me police said I call when I see them*

**Sex** (because of your gender, includes sexual stereotyping, sexual harassment, pregnancy, gender identity or transgender status)

**Sexual Orientation** (heterosexual, homosexual, bisexual, asexual, whether actual or perceived)

**Relationship or Association** (with a member or members of a protected category covered under the relevant provisions of the Human Rights Law)

The Division investigates complaints only if the discrimination is based on one or more of the above reasons. The Division cannot investigate unfair treatment that does not involve one of these reasons. If you do not see anything in this list that applies to your situation, please contact the Division of Human Rights to speak to a staff member.

**New York State Division of Human Rights**
**Complaint Form**

## 1. Your contact information:

First Name ARThur MAThews     Middle Initial/Name Alexander

Last Name Matthews

Street Address/ PO Box 360 St paul St     Apt or Floor #: 1002

City Rochester     State NY     Zip Code 14605

## 2. Who discriminated against you?

☒ Owner/Landlord
☒ Manager/Superintendent
☐ Public Housing Agency
☐ Temporary Housing/Shelter

☐ Condo Association
☐ Co-op Board
☐ Real Estate Salesperson/ Real Estate Broker

☐ Bank or Other Lender
☐ Builder
☐ Other: _____

## 3. You are filing a complaint against:

Name STORemy DECArlas     Name _____

Street Address/ PO Box 360 St paul St Rental     Street Address/ PO Box _____

City State Zip Code Roch N.Y. 1460 office     City State Zip Code

Telephone Number:
( ) _____ - _____ Ext. _____

Telephone Number:
( ) _____ - _____ Ext. _____

Individual people who discriminated against you:

Name: Rental office Manger     Title: _____
Name: Starmy DeCalala     Title: _____

If you need more space, please list them on a separate piece of paper.

## 4. Where did the alleged discrimination occur?

Who owns the property involved? __Landsman__

Who manages the property? (If applicable) __Landsman__

What kind of property was involved?
☐ Single-family house
☐ Two-family house
☐ Commercial space
☐ Other: Try To kick me out

☐ Mobile home
☒ Building with 2-4 apartments
☐ Building with 5 or more apartments

100 units
245 Town House

Does the owner live on the property? ☐ Yes ☒ No ☐ I don't know

Does the owner own more than one property? ☒ Yes ☐ No ☐ I don't know

Was this property being sold or being rented? ☐ Being sold ☒ Being rented ☐ Not applicable

Are you currently living there? ☒ Yes ☐ No

1
Complaint

What is the address of the property?
Address: 360 St paul St                    Apt. or Floor #: 1002

City: Rochester          State: NY          Zip code 14605

**5. Date of alleged discrimination** *(must be within one year of filing):*
The most recent act of discrimination happened on: 1 / 31 / 18
                                                    month  day  year

**6. Basis of alleged discrimination:**
Check **ONLY** the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| ☑ **Age:** Date of Birth: 12 - 9 - 65 | ☐ **National Origin:** Please specify: _other_ |
| ☐ **Creed/ Religion:** Please specify: _other_ | ☐ **Pregnancy-related Condition** |
| ☑ **Disability:** Please specify: _Hart Back Kidney Mental_ | ☐ **Race/Color or Ethnicity:** Please specify: _color_ |
| ☐ **Familial Status** Please specify: _____ | ☐ **Sexual Orientation:** Please specify: _male_ |
| ☐ **Marital Status:** Identify: _____ | ☐ **Sex:** Please specify: _male_ |
| ☐ **Military Status:** ☐ Active Duty ☐ Reserves | Specify if you were discriminated against because of: ☐ Pregnancy ☐ Gender Identity ☐ Transgender Status ☐ Sexual Harassment |

RECEIVED
JUN 20 2018
HOUSING INVESTIGATION UNIT

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, acted as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☐ **Retaliation:** How you opposed discrimination: _____

**7. Acts of alleged discrimination:** *What did the person/company you are complaining against do? Check all that apply*

| ☐ Refused to rent or sell to me | ☐ Denied me access based on my disability | ☑ Denied my request for a reasonable accommodation or modification for my disability, including using of a companion animal _paint Kictchen_ Date requested: _____ |
| ☐ Discriminated against me in lending or financing | ☐ Advertised in a discriminatory way | ☐ Evicted me Date of eviction: _____ |
| ☐ Denied me equal terms, privileges, or facilities that other tenants were given | ☐ Harassed me based on my sex, national origin, race, disability, etc. | ☑ Threatened to evict me Date of notice: _on Several Occaission_ |
| ☐ Discriminated against me because of use of a guide, hearing, or service dog | ☐ Other: _Refuse to Except the Rent from the Chruch_ | |

2
Complaint

RECEIVED

JUN 2 4 2017

I Never met or seen Her Before this she is on one mission to REmove Mr. Arthur MATTHEWS from the Building.

Discriminate all day long.

Retaletion for Rena Sanchez.

And it still Has Not stopped I went to pay a portion of my Rent Pay Because my meds i cant pay in full when I told Stormy that the chrigch gave $75 Dollar and ST. Jose Hous Was pay $138.02 the rest they laughed at me Stormy and Secretary medical Came before Anything. so the church

is paying for the first time sice January When Storm Refused to except the Rent from the Church any church She said Either i pay my self with my check or move out.

## 8. Description of alleged discrimination

Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.

I Arthur Matthews is an medicail MAJurana and other meds that i pay out of pocket sxspense.

Stormy DeCarlo refuse to Excext the Rent over the phone by the Chruch.

The other Chruch gave a percentage of that months Rent and, Stormy DeCalao said. Pay your own Rent or move (No one is going to pay for you and the Eviction Notices started come she gaue me them the first Time I was late with my Rent No pay $5 and $1 every day After she said she want me out other teanexts walked up asked me if i was moving they Heard she Stormy was IN middle of processing my Eviction she Nows Nothing About be- sides What She Has Been told

If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL**

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

Subscribed and sworn before me
This 11th day of June, 2018

_____
Signature of Notary Public

County: Monroe   Commission expires: 01/12/2021

LEKISHA E GRIFFIN
Notary Public - State of New York
NO. 01GR6199491
Qualified in Monroe County
My Commission Expires 2/12/2021

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

RECEIVED

JUN 2 0 2018

HOUSING INVESTIGATIONS
NY

**4**
Complaint

## Additional Information

*This page is for the Division's records and **will not be sent to the company or person(s) whom you are filing against**.*

### 1. Contact information

My primary telephone number: (585) 360- 1345 - 413 -3626

My secondary telephone number: (585) 413- 3626

My email address:

Date of birth:

Contact person: (*Someone who does not live with you but will know how to contact you if the Division cannot reach you)*

Name: RASharid

Telephone number: (585) 596- 7510

Address: State Street       Center for Disability Rights

Email address:

Relationship to me: Nobu

### 2. Special needs

I am in need of:

☐ Interpretation (if so what language?): _____

☑ Accommodations for a disability: _____

☑ Privacy.  Keep my contact information confidential as I am a victim of domestic violence

☑ Other: _____

### 3. Settlement / Conciliation

To settle this complaint, I would accept: (*Explain what you want to happen as a result of this complaint. Do you want a letter of apology, access to public accommodation, reasonable accommodation for your disability, etc.?*)

$ 500,000.00

### 4. Witnesses (Information about witnesses may be shared with the parties as necessary for the investigation)

The following people saw or heard the discrimination and can act as witnesses:

Name: _____

Telephone Number: (585) 232 3630

What did this person witness?

Title: Secertary

Relationship to me: Nothin

Name: _____

Telephone Number: (     ) _____ - _____

What did this person witness?

Title: _____

Relationship to me: _____

**FOR INTERNAL USE ONLY:** ☐Referral to NYS Dept. of State  ☐Referral to NYS Homes & Community Renewal

1

Additional Information

**5. FOR DISABILITY CASES ONLY:**

Have you been treated poorly or differently due to your disability? ☒ Yes    ☐ No

If yes, please explain: LAughing At me when I said I Have to get my medical marijuana First

Did you request a reasonable accommodation or modification for your disability? ☒ Yes    ☐ No  To Medical I apple Last year it Clerly shows ITs and Im a pPatiant they LAughed

When did you request a reasonable accommodation/modification? _____ _____ / _____
month    day    year

What was your request?
_____
_____

Who did you make the request to? _____    _____
Name    Title

Were you granted the accommodation? _____
_____

**6. Do you know of other people who were discriminated against in the same way as you were?**
☒ Yes    ☐ No

If yes, please explain: the Secetary Laughed at Medicaid marorwanna

Did you report or complain about the discrimination to someone else? ☒ Yes    ☐ No

If yes, how exactly did you complain about the discrimination? (To whom did you complain?) I called the Center for Disability Rights I Called Division of Human Rights

Date you reported or complained about discrimination: _____ 1 8
month    day    year

What happened after you complained?
_____
_____

2
Additional Information

## THREE-DAY NOTICE

September 11, 2017

TO:   Arthur A Matthews
       360 St Paul Street Apt. 1002
       Rochester, NY 14605

**PLEASE TAKE NOTE** that you owe the Landlord of the above described premises the sum of $ 364.00 for rent and/or additional rent for the described premises from _9/1/17_ through _9/11/17_, which you are required to pay on or before the expiration of three days from the date of service upon you of this notice, or to surrender possession of the premises to the Landlord (surrender of the premises will not relieve you of the obligation to pay the amount due). If you fail to pay the amount due, the Landlord will commence a summary proceeding in accordance with the laws of New York State, and will seek a judgment against you for all amounts deemed to be due, and will also seek a warrant of eviction. If a judicial proceeding for eviction is commenced against you, you may present a defense. You have 10 Days from the date of personal delivery or from the day after mailing to discuss this with your Landlord if you wish to do so.

Failure to pay your rent when due constitutes a violation of your lease and repeated violations is grounds for lease termination *or non-renewal.*

If a summary proceeding is commenced, the petition will also request that the judgment include the Landlord's attorney's fees and the costs of disbursements, which must be made by the Landlord in connection with the action. In the event your file is placed with our attorney for an eviction action, you will be responsible, pursuant to section _42_ of your lease agreement, for reasonable attorney fees and costs of such action.

St. Simon's Terrace, LANDLORD
By: Landsman Real Estate Services, Inc., Agent

By: _____
     Kiera Sanchez

Breakdown of Amounts Due:

Lease Term:

Description of Premises:

Monthly Rent Paid by Tenant: $

| | |
|---|---|
| Rent | $ 364.00 |
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |

Monthly Supplement, If Any: $

Type of Supplement, If Any:

| | |
|---|---|
| Total Due | **$ 364.00** |

SECTION 8

SEP 12 2017

RECEIVED

## THREE-DAY NOTICE

October 9, 2017

TO:   Arthur A Matthews
      360 St Paul Street Apt. 1002
      Rochester, NY 14605

**PLEASE TAKE NOTE** that you owe the Landlord of the above described premises the sum of $782.00 for rent and/or additional rent for the described premises from __9/1/17__ through __Present__, which you are required to pay on or before the expiration of three days from the date of service upon you of this notice, or to surrender possession of the premises to the Landlord (surrender of the premises will not relieve you of the obligation to pay the amount due).  If you fail to pay the amount due, the Landlord will commence a summary proceeding in accordance with the laws of New York State, and will seek a judgment against you for all amounts deemed to be due, and will also seek a warrant of eviction.  If a judicial proceeding for eviction is commenced against you, you may present a defense.  You have 10 Days from the date of personal delivery or from the day after mailing to discuss this with your Landlord if you wish to do so.
Failure to pay your rent when due constitutes a violation of your lease and repeated violations is grounds for lease termination or non-renewal.
If a summary proceeding is commenced, the petition will also request that the judgment include the Landlord's attorney's fees and the costs of disbursements, which must be made by the Landlord in connection with the action.  In the event your file is placed with our attorney for an eviction action, you will be responsible, pursuant to section __23__ of your lease agreement, for reasonable attorney fees and costs of such action.

St. Simon's Terrace, LANDLORD
By: Landsman Real Estate Services, Inc., Agent
By: ___S. Vega_____

Lease Term:

Description of Premises:

Monthly Rent Paid by Tenant: $

Breakdown of Amounts Due:

| | |
|---|---|
| Late Charge | $ 30.00 |
| Rent | $ 752.00 |
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |

Monthly Supplement, If Any: $

Type of Supplement, If Any:

| | |
|---|---|
| Total Due | **$ 782.00** |

# THREE-DAY NOTICE

January 19, 2018

TO:    Arthur A Matthews
       360 St Paul Street Apt. 1002
       Rochester, NY 14605

**PLEASE TAKE NOTE** that you owe the Landlord of the above described premises the sum of $ 241.00 for rent and/or additional rent for the described premises from 11\1\18 through 13\1\8 which you are required to pay on or before the expiration of three days from the date of service upon you of this notice, or to surrender possession of the premises to the Landlord (surrender of the premises will not relieve you of the obligation to pay the amount due). If you fail to pay the amount due, the Landlord will commence a summary proceeding in accordance with the laws of New York State, and will seek a judgment against you for all amounts deemed to be due, and will also seek a warrant of eviction. If a judicial proceeding for eviction is commenced against you, you may present a defense. You have 10 Days from the date of personal delivery or from the day after mailing to discuss this with your Landlord if you wish to do so.

Failure to pay your rent when due constitutes a violation of your lease and repeated violations is grounds for lease termination or non-renewal.

If a summary proceeding is commenced, the petition will also request that the judgment include the Landlord's attorney's fees and the costs of disbursements, which must be made by the Landlord in connection with the action. In the event your file is placed with our attorney for an eviction action, you will be responsible, pursuant to section 110 of your lease agreement, for reasonable attorney fees and costs of such action.

St. Simon's Terrace, LANDLORD
By: Landsman Real Estate Services, Inc., Agent
By: S. Delacruz
Stormy Delacruz

Lease Term:

Description of Premises:

Monthly Rent Paid by Tenant: $

Breakdown of Amounts Due:

| Rent | $ 241.00 |
|---|---|
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |

Monthly Supplement, If Any: $

Type of Supplement, If Any:

| Total Due | $ 241.00 |
|---|---|

**THREE-DAY NOTICE**

February 7, 2018

TO:    Arthur A Matthews
       360 St Paul Street Apt. 1002
       Rochester, NY 14605

**PLEASE TAKE NOTE** that you owe the Landlord of the above described premises the sum of $ 435.00 for rent and/or additional rent for the described premises from 01/01/2018 through 02/28/2018, which you are required to pay on or before the expiration of three days from the date of service upon you of this notice, or to surrender possession of the premises to the Landlord (surrender of the premises will not relieve you of the obligation to pay the *amount due*). *If you fail* to pay the amount due, the Landlord will commence a summary proceeding in accordance with the laws of New York State, and will seek a judgment against you for all amounts deemed to be due, and will also seek a warrant of eviction. If a judicial proceeding for eviction is commenced against you, you may present a defense. You have 10 Days from the date of personal delivery or from the day after mailing to discuss this with your Landlord if you wish to do so.
Failure to pay your rent when due constitutes a violation of your lease and repeated violations is grounds for lease termination or non-renewal.
If a summary proceeding is commenced, the petition will also request that the judgment include the Landlord's attorney's fees and the costs of disbursements, which must be made by the Landlord in connection with the action. In the event your file is placed with our attorney for an eviction action, you will be responsible, pursuant to section N\A of your lease agreement, for reasonable attorney fees and costs of such action.

St. Simon's Terrace, LANDLORD
By: Landsman Real Estate Services, Inc., Agent
By: _____
        Stormy Delacruz

Lease Term:

Description of Premises:

Monthly Rent Paid by Tenant: $

Breakdown of Amounts Due:

| | |
|---|---|
| Late Charge | $ 30.00 |
| February Rent | $ 284.00 |
| January Rent | $ 121.00 |
| | |
| | |

Monthly Supplement, If Any: $

Type of Supplement, If Any:

| | |
|---|---|
| Total Due | $ 435.00 |

# Housing Discrimination Complaint

**U.S. Department of Housing and Urban Development**
Office of Fair Housing and Equal Opportunity

RECEIVED    OMB Approval No. 2529-0011

JUN 1 5 2018

FEDERAL CONTRACT UNIT

Please type or print this form

Public Reporting Burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Read this entire form and all the instructions carefully before completing. All questions should be answered. However, if you do not know the answer or if a question is not applicable, leave the question unanswered and fill out as much of the form as you can. Your complaint should be signed and dated. Where more than one individual or organization is filing the same complaint, and all information is the same, each additional individual or organization should complete boxes 1 and 7 of a separate complaint form and attach it to the original form. Complaints may be presented in person or mailed to the HUD State Office covering the State where the complaint arose (see list on back of form), or any local HUD Office, or to the Office of Fair Housing and Equal Opportunity, U.S. Department of HUD, Washington, D.C. 20410.

**This section is for HUD use only.**

| Number | (Check the applicable box) | Jurisdiction | Signature of HUD personnel who established Jurisdiction |
|---|---|---|---|
| | ☐ Referral & Agency (specify) | ☐ Yes  ☐ No | |
| Filing Date | ☐ Systemic | ☐ Additional Info | |
| | ☐ Military Referral | | |

1. Name of Aggrieved Person or Organization (last name, first name, middle initial) (Mr.,Mrs.,Miss,Ms.)
Arthur Matthews A    Home Phone 585 413 36 26    Business Phone 300 13 45

Street Address (city, county, State & zip code)
360 St Paul

2. Against Whom is this complaint being filed? (last name, first name, middle initial)
Stormy Delara    Phone Number 585 233 3630

Street Address (city, county, State & zip code)
2

Check the applicable box or boxes which describe(s) the party named above:
☐ Builder   ☒ Owner   ☐ Broker   ☐ Salesperson   ☒ Supt. or Manager   ☐ Bank or Other Lender   ☐ Other

If you named an individual above who appeared to be acting for a company in this case, check this box ☐ and write the name and address of the company in this space RECEIVED

Name: Stormy Deoplas    Address:

Name and identify others (if any) you believe violated the law in this case:

3. What did the person you are complaining against do? Check all that apply and give the most recent date these act(s) occurred in block No. 6a below.
☒ Refuse to rent, sell, or deal with you
☐ Falsely deny housing was available
☐ Engage in blockbusting
☐ Discriminate in broker's services
☒ Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities
☐ Advertise in a discriminatory way
☐ Discriminate in financing
☐ Intimidated, interfered, or coerced you to keep you from the full benefit of the Federal Fair Housing Law
☒ Other (explain) Refuse to Rent from Church told me to pay my rent

4. Do you believe that you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under 18, or a pregnant female in the family or your national origin? Check all that apply.
☒ Race or Color
  ☒ Black
  ☒ White
  ☒ Other
☐ Religion (specify)
☒ Sex
  ☒ Male
  ☐ Female
☒ Handicap
  ☒ Physical
  ☒ Mental
☒ Familial Status
  ☒ Presence of children under 18 in the family
  ☐ Pregnant female
☒ National Origin
  ☐ Hispanic
  ☐ Asian or Pacific Islander
  ☐ American Indian or Alaskan Native
  ☐ Other (specify)

5. What kind of house or property was involved?
☐ Single-family house
☐ A house or building for 2, 3, or 4 families
☒ A building for 5 families or more
☐ Other, including vacant land held for residential use (explain)

Did the owner live there?
☐ Yes
☒ No
☐ Unknown

Is the house or property
☐ Being sold?
☒ Being rented?

What is the address of the house or property? (street, city, county, State & zip code)

6. Summarize in your own words what happened. Use this space for a brief and concise statement of the facts. Additional details may be submitted on an attachment.
Note: HUD will furnish a copy of the complaint to the person or organization against whom the complaint is made.
Stormy Decala Refused to tele Rent from the same church she Refused 2 weeks later she takes it from the same m

6a. When did the act(s) checked in Item 3 occur? (Include the most recent date if several dates are involved)

7. I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.    Signature & Date

Previous editions are obsolete

form HUD-903 (7/2001)
ref Handbook 8024.1

FILED

NOV 19 2019

Monroe County
Clerk's Office

11-18-19

Index #
12019-3119

I ARThur Matthews stete
Cause to my Complant

I Come Home one Day
to Two Eviction on DOOR
and aloo to let Me
know that No more
Help from section 8
Rochester Housing Autho-
rity.

I woo Targeted and Sereght
out and after for loot
nine years

Their Has Been Six Rentel
office Mongers oience Lad-
mans took over

since them they all Can

#2                                    # Index
                                      120190-3119

and went but when they were Here they All Sought me out I was

their target their goal was to get me out of the Building.

Landsman Has freed Houing Armed Securitey come up to my Apartment nock I open Door a letter in the Eye the Letter came fram the office The office Could Have put The Letter in mail Box.

F3

120190-3119

All this is Harresment and Dicrimination and I All is Coming From corprete office AT LANDS- MANS None of these managers Ever met me Before they worked Here I Was Targeted.

Because i See all that gaes on Here.

ITS All ABout Drugs end Drug money i lived Here 17 years way Landsman and Their MOB Came and Took Over They want me out!

#4

Index
120194-3119

I pay my Rent on Time and when i Had a problem i turned to the Chruch who TRied to pay my Rent STORmy Decarlos/Daiz Refuse to ACcept STATIng mr. mAtthews can pay His own Rent. I take EXSpinsive medic-tion After Buying no money left STormy RefuSod that DiS-Cuimnation and Her Rasemout. DHR Did Nothing TO Help me!

#$                                    INDXH

                                      1201903119

I called the police
and Tell them their
is a guy Run ARound
the Building on parole with
ankle Bracelet Harrassing
Me and was Allowed to
move In by Stormy
Derales/Diaz He lives
413 with grand mother
whan Whic i called
police on other grand-
son who was living
their ferur or fille years
Both times The officer
said why dont you
move i said no I

12019-3119

Lived Here first.
for Seventeen years.
I called the FBI
when i found out that
Keiera Sanchez the Rental
office manger was Having
me followed Every
where i went After
about a year the
F.B.I angent Said why
Dant you mane
you sat to get out
at the Building.
I Replied and go wher
I goT No wher to go
This was Home

7

12019÷3119

untill Landsman and
their MOB come and
took over I Asked
the Agent If you
owned a House or you
like their peaceful
and along Comes the
Neibha from Hell.
Do pack and move
Every time or Do
Stand up for your-
self and Stay put.

~ Index #

1 2019-3119

I found it to be strange that greg the maintanance man Threaten me knowing that i was taking landsmen to Court. I belive it was done To see if i would File a complaint with DHR to make it seem like He complaims to DHR All I Do And ITS All True And DHR Does Nothing Every time Jcest like the (3) Donllion Complan

#9

Index
12019±3119
That's why I brought
this to the Attesn of
the Supreme court
Looking for true
Justice

I got NO Help From
DHR ever NONE!!

Their Lazy AT DHR
IN NEW york City
Where Housing Complain
go and Every one
i talk to was
Spanish Just like
Kearia ; STormy ,
JOSe Santaes Rochesta
Housing Acohn..t..

# Index
120195 3119

The Congizable legal theay in which Relief can be granted for years of toucher and all the decrimination and the Haresment Ever thaung Keenia sanchez Dose not work Here any Longer the Damage Has been Done. Same fase for Jojo satoso at Rochest Housiny Authenty so to The Caurt e ask

#10

INDex #
12019;3119

fer the Sum of one
million Dollars and
that all court cleud
cast Attorney fee
Be Incade in i Also
Ask To Be Left Alone
to like in peace
AS well as my LADy
Freinds Also to Leave
my vehichle and
my Lady freind VoH
chile alone.
This is not Rambling
Its what I'm living
throug on a Deely
Basisn. So at this

#12

I Also filed a comp-
ante in supreme court
for Rochester Housing
Authoty and section 8.
Because Keaira Sanchez
ST simmions Rental office
manger called Jose
spruse whom which
I never met or
talk too who worked
At Rochester Housing
Authoty sent over
the Rochest Hair Authi
section eight Letter
Head stating I'm No
longer getting Assiance

#13

Ticket #

120 190 3219

And Keania Sanchez put an Eviction Notice on my Door Stating that i was Evicted from. This is Not Rambily. The Fact is i was Targeted and Sought out By Keira Sanchez And Here MOB Having Him Harass me Luise Cahonge is Him. And KEARia SANCHEZ Had People Follow me so again this is Not Rambling. Stormy the Rental Mange

Index
#12019:3119
Security to Knock on my Door stating stormy want to see you Right Now in the office He's got His Hand on His gun Eyes Red i said No I cant come Now He said I Have to I said i can get there He can leave I called and told Her i could come the Next Day, she said i Have Anno

to                                    Input

120 19-3119

Samething Happens to Me for Justice and truth in that DHR Has Never Investigate From New york city DHR Never came Here to ask my side I felt leke Staff at DHR was bias because Everyone spoke spanish at there Staff and Kearia SANCHEZ Jose Sastre all spanish
I will submitt All Doc- uments to support.

#14                           120 190 3119

From Keaira Sanchez
and from Jose santose
the Damge Has be
Done it Dose not
not matter where
are today they
Keaira Sanchez and
Landsman Should
Have to Be Judged
By a Real Court
NOT DHR the dont
care please check all
Dates and Documents.
DHR picks and Choses
who will get Justice.

INDEX

11-18-19

12019-3119

BARCLAY DAman LLP calls what um living through on Daily Basis Rambling

I wonder what they would call it of they where living through it

C.C.

Arthur Mott

11-10-11

#INDex

Cause    12019.3119

Evicting people.
Withkids fran
Town Houses Takin
them of Section Eight
And giving it to
same parson she
Boaeght en fran
puetarica, Cuba
Deminican Rebetly
No English.



11-18-19                          120140 3/19

Cause:

False eviction :

Having me followed :

She peet Luisi colonge
on me :

She called and had
other orginizations
make false eviction
from Jose Salces
over at the Rchoster
Housing Authrty in
and Here Illegul
plan that break

Land Smung

1/25/21

## NOTE

My Boys are not in my life for different reason one being the Drugs There were needles in halls people walking in out bey the hundreds once about Eight years ago ago a lady came

out with Needle still Enjuckd in side her asking for money for more Drugs

the Day paul Ramos walked no knockd, No Appointment.

Asked her if she
was an the lease –

Kearie ane of the
ald manger did same
theing walked in i
stop her at the doar
she says she wants to
look off ar an my
Balcang to see ef
same ane was out
their smaking pot
I said Im Alone Here
Im gaing In shaus
Kearie tell me how

She like white Robe
i was wearing.



| | |
|---|---|
| **NEW YORK STATE OF OPPORTUNITY.** | **Department of Health** |

| ANDREW M. CUOMO | HOWARD A. ZUCKER, M.D., J.D. | SALLY DRESLIN, M.S., R.N. |
|---|---|---|
| Governor | Commissioner | Executive Deputy Commissioner |

April 4, 2018

**PERSONAL AND CONFIDENTIAL**
Arthur Matthews
360 St. Paul Street, Apt. #1002
Rochester, NY 14605

RE:    OPMC # RO-18-02-1199A

Dear Mr. Matthews:

Staff members of the Office of Professional Medical Conduct (OPMC) have investigated your complaint concerning Jacob Moalem, MD.   As part of the investigation all relevant evidence was gathered and reviewed, including (but not limited to) a review conducted by a Board-Certified physician from OPMC.

Upon completion of the investigation, based on all the information available to OPMC, there is insufficient evidence to bring a charge of professional misconduct, as defined by New York State Education Law, against Dr. Moalem.

The investigation has been closed.   However, a permanent non-public file of the case will be maintained for future use as needed.

Thank you for taking the time to bring your concerns to our attention.

If you wish to discuss this matter further, please contact me at 585-423-8043.

Sincerely,

Cristina Scinta, RN
Western Region Program Director
WRO Office of Professional Medical Conduct

CS/cmg

~-2 7 2

7, I was Approched By the old tenet Apt 1004
I Heard you got problem with me I said Ic
now you we said Im in 1004 I said I Dont
unal no one was In that Building the
only person I complaind to was Keana
sanchez and Im A snitch on the
street with A Deadly Dicese .
I could Have been killed And Im bein
watch and followed now I called police
The 20th Spanish guy w/gun some people say
I get Keana Sanchez in trecuble so She
Sent that guy to shoot me Maybe Her Sa
Day she was talking to Him via Skype and w-
out my permission she pointed the phone screen
my face and say you ever seen Him I said N(
The guy likes in the Town + hause une
followed me span,sh gays. I see Him eu
Day. It's Winn-kxtius To be Lablied A SAITCH
Im scared they Brote into my car
They Broke my car In parking lot six Times
Rental office would not let me see the Sinle
viDio (she would not Any of the Sewuntt
Discramination.
The Janitor was given akey to come In my p
Not maintanance the Janitea and vaucum the
Hails close the windows no notice and Its on
Sile from N.E.T police came out this Hoppin
In the poss so a co days later the mont
man pool sticks the key In the Door men.
d Ay    and    then came
entry and open my dicr your with
6/14/20 + 6/16/2c

Who Also Sold Drugs
and when He Arrived
Here on His first
Day i called 911
to Have a talk with
Him Because Everybody
Here was say He
was the reason that
all the Drugs were
in the White High-
Rise Tower on South
Ave so He HAd
IT out for me
since the first
Day i He violate my
civil rights Too!.

Shamatia was Another manga who came up to me I never saw Here on my life And so I Hear you Like to FUCK A LOT!!

p3

I Just Stared In silence

STarmy Denials AKA Starmy DeCarlos Told the chzurch SHE FLAT out Refuse to Let them pay my Rent.

JS 44 (Rev. 09/18)
# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ARThur MATThews

**DEFENDANTS**

Landsmans

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

*[stamp: MAY 21 2021 SDNY ROCHESTER]*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff

☐ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |     Liability    ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel &     Pharmaceutical     Slander     Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) |     Liability    ☐ 368 Asbestos Personal     Injury Product ☐ 340 Marine     Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product     Liability    **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle    ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending     Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal    ☐ 380 Other Personal     Injury      Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury -    ☐ 385 Property Damage     Medical Malpractice     Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ Exchange ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| **REAL PROPERTY**    **CIVIL RIGHTS**    **PRISONER PETITIONS** | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation    ☒ 440 Other Civil Rights    **Habeas Corpus:** | | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure    ☐ 441 Voting    ☐ 463 Alien Detainee | | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment    ☐ 442 Employment    ☐ 510 Motions to Vacate Sentence | | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land    ☐ 443 Housing/ Accommodations    ☐ 530 General | | | | |
| ☐ 245 Tort Product Liability    ☐ 445 Amer. w/Disabilities - Employment    ☐ 535 Death Penalty    **Other:** | | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property    ☐ 446 Amer. w/Disabilities - Other    ☐ 540 Mandamus & Other | | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
|    ☐ 448 Education    ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Slander, Civil Rights, Housing.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____